# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

CR 07 0803 MMC

UNITED STATES OF AMERICA,

V.

LAWRENCE E. CRAYTON III

FILED

DEC 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 666 – Theft Concerning Programs Receiving Federal Funds

---

A true bill.

_____
Foreman

Filed in open court this 18th day of December, 2007

BRENDA TOLBERT
Clerk

Bail, $ Summons to issue

Maria Elena James

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 666 – Theft Concerning Programs Receiving Federal Funds

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

Maximum Prison Term: 10 years;
Maximum Fine: $250,000;
Maximum Supervised Release: 3 Years;
Special Assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
► LAWRENCE E. CRAYTON III

DISTRICT COURT NUMBER
CR 07  0803 MMC

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

OIG Amtrak - SA Noah Walls

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   CHRISTINA HUA, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

DATE OF ARREST ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☑ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 1/7/2008

Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**FILED**

DEC 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LAWRENCE E. CRAYTON III, <br> Defendant. | CR. <br><br> VIOLATIONS: 18 U.S.C. § 666 – Theft <br> Concerning Programs Receiving Federal <br> Funds (Three Counts) <br><br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. §666(a)(1)(A) - Theft Concerning Programs Receiving Federal Funds)

1. Beginning on or about January 1, 2002, and continuing through on or about December 31, 2002, in the Northern District of California and elsewhere, the defendant,

LAWRENCE E. CRAYTON III,

being an authorized ticket agent and employee of Amtrak, an organization which received federal benefits in excess of $10,000 in the calendar year 2002, did embezzle, steal, obtain by fraud, and otherwise without authority knowingly convert to his own use, property valued at more than $5000, in funds owned by, and under the control and custody of Amtrak, pursuant to a scheme to embezzle, in violation of Title 18, United States Code, Section 666.

INDICTMENT                                  1

1  COUNT TWO: (18 U.S.C. §666(a)(1)(A) - Theft Concerning Programs Receiving Federal Funds)
2      2.    Beginning on or about January 1, 2003, and continuing through on or about
3  December 31, 2003, in the Northern District of California and elsewhere, the defendant,
4                          LAWRENCE E. CRAYTON III,
5  being an authorized ticket agent and employee of Amtrak, an organization which received federal
6  benefits in excess of $10,000 in the calendar year 2003, did embezzle, steal, obtain by fraud, and
7  otherwise without authority knowingly convert to his own use, property valued at more than
8  $5000, in funds owned by, and under the control and custody of Amtrak, pursuant to a scheme to
9  embezzle, in violation of Title 18, United States Code, Section 666.
10 COUNT THREE:(18 U.S.C. §666(a)(1)(A )- Theft Concerning Programs Receiving Federal Funds)
11     3.    Beginning on or about January 1, 2004, and continuing through on or about
12 December 31, 2004, in the Northern District of California and elsewhere, the defendant,
13                          LAWRENCE E. CRAYTON III,
14 being an authorized ticket agent and employee of Amtrak, an organization which received federal
15 benefits in excess of $10,000 in the calendar year 2004, did embezzle, steal, obtain by fraud, and
16 otherwise without authority knowingly convert to his own use, property valued at more than
17 $5000, in funds owned by, and under the control and custody of Amtrak, pursuant to a scheme to
18 embezzle, in violation of Title 18, United States Code, Section 666.
19 DATED:                                              A TRUE BILL.
20
21 12/18/07
22                                                    /s/ FOREPERSON
23 SCOTT N. SCHOOLS
   United States Attorney
24
25
   BRIAN J. STRETCH
26 Chief, Criminal Division
27
   (Approved as to form: _____)
28                         AUSA HUA

INDICTMENT                                      2