UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: JAN 0 9 2008

Case No. CR-07-0803 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: Lawrence Crayton III

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Tina Hua

ATTORNEY FOR DEFENDANT: Elizabeth Falk

Deputy Clerk: TRACY LUCERO

Reporter: Sahar McVickar

## PROCEEDINGS

REASON FOR HEARING: Initial Status / Trial Setting Conference

RESULT OF HEARING: Govt provided discovery materials (4 boxes) to ∆'s counsel today. ∆'s counsel requests continuance to allow her time to review discovery materials.

Case continued to 2/13/08 @ 2:30 for Further Status.
Case continued to _____ for Motions.
           (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins JAN 0 9 2008 Ends 2/13/08