| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 16 | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | **DEPUTY CLERK** Betty Fong | | | **REPORTER/FTR** 9:48-10:04 a.m. | | |
| **MAGISTRATE JUDGE** Elizabeth D. Laporte | | **DATE** January 7, 2008 | | | **NEW CASE** ☐ | **CASE NUMBER** CR07-0803 MMC | |
| **APPEARANCES** | | | | | | | |
| **DEFENDANT** Lawrence Crayton | | **AGE** 58 | **CUST** N | **P/NP** P | **ATTORNEY FOR DEFENDANT** Elizabeth Falk | | **PD.** ☒ **RET.** ☐ **APPT.** ☐ |
| **U.S. ATTORNEY** Tina Hua | | **INTERPRETER** | | | ☒ **FIN. AFFT SUBMITTED** | ☐ **COUNSEL APPT'D** | |
| **PROBATION OFFICER** | **PRETRIAL SERVICES OFFICER** Joshua Libby | | | **DEF ELIGIBLE FOR APPT'D COUNSEL** ☐ | | **PARTIAL PAYMENT OF CJA FEES** ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | | ☒ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | | ☒ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | | **AMT OF SECURITY** $ 100,000 unsec. | | **SPECIAL NOTES** | ☒ PASSPORT SURRENDERED | |
| **PROPERTY TO BE POSTED** ☐ CASH  $ | | **CORPORATE SECURITY** ☐ | | | **REAL PROPERTY:** ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| **ORDER REMOVED TO THE DISTRICT OF** | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| **TO:** 1/9/08 | ☐ ATTY APPT HEARING | | ☒ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☒ STATUS / TRIAL SET |
| **AT:** 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | | ☐ CHANGE OF PLEA | | ☐ OTHER |
| **BEFORE HON.** EDL | ☐ DETENTION HEARING | | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Pretrial to interview defendant today. Pretrial shall make recommendation to court by 1/14 if defendant shall make monthly contribution towards payment of attorney's fees. Def. is ordered to appear before MMC on 1/9/08 at 9:00 a.m. for trial setting. Post bail hrg re reporting conditions also set for 1/9/08 at 9:30 am before EDL. Def. is directed to process with U.S. Marshal.

cc: Lili/Pretrial/Tracy L. Florence

**DOCUMENT NUMBER:**

FILED JAN 07 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA