UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: FEB 1 3 2008

Case No. CR-07-0803 MMC

JUDGE: Maxine M. Chesney

LAWRENCE CRAYTON III
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

TINA HUA
U.S. ATTORNEY

JODI LINKER for ELIZABETH FALK
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: BELLE BALL

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Δ's Counsel Requests Continuance - Allowing for time to determine whether there will be a plea agreement or open plea.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
            (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 3/5/08 @ 2:30 for Change of Plea

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins FEB 1 3 2008 Ends 3/5/08