UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: MAR X 5 2008

Case No. CR-07-0803 MMC

JUDGE: **Maxine M. Chesney**

LAWRENCE CLAYTON III
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

TINA HUA
U.S. ATTORNEY

ELIZABETH FALK
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: MARGO GUEULE

**PROCEEDINGS**

REASON FOR HEARING  Change of Plea.

RESULT OF HEARING  Application to enter guilty plea filed w/ Court.
Δ pled guilty to Counts 2 & 3 of indictment.
Govt defers decision on whether to go forward on Count 1 until after sentencing on Cts 2 & 3.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
          (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 6/11/08 @ 2:30 for Judgment & Sentencing /Gov't's motion re: Count 1

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins 3/5/08  Ends 6/11/08
(as to Count One).

(25 min)