BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CRAYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAWRENCE CRAYTON,<br><br>　　　　　Defendant.<br>_____ | No. CR-07-803 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE SENTENCING**<br>**DATE**<br><br>Date:　July 16, 2008<br>Time:　2:30 p.m.<br>Court: The Honorable Maxine M. Chesney |

　　　Undersigned counsel stipulate as follows:

　　1.　Sentencing in this matter is currently set for July 16, 2008, at 2:30 p.m.;

　　2.　Defense counsel recently received several documents that she had requested and had asked her client to request from medical facilities, family friends and relatives. These documents include letters of support on behalf of Mr. Crayton; letters explaining family circumstances leading to the instant offense, and medical records of Mr. Crayton's wife, Linda Crayton, which are relevant to the time period charged in the indictment;

　　3.　These letters and medical records have been coming in over the last few weeks.

|  |  |
|---|---|
| 1 | Defense counsel was not able to deliver a complete package of objections/ |
| 2 | supplemental information for the Presentence Report to the Probation Officer |
| 3 | until Friday, June 27, 2008, as these documents were still arriving over the week |
| 4 | of June 23, 2008. The package delivered to the Probation Officer was |
| 5 | voluminous, and contains three different sets of medical records and numerous |
| 6 | letters of support. To ensure that the Probation Officer can adequately incorporate |
| 7 | this material into the Final Presentence Report, a continuance is requested by |
| 8 | defense counsel; |

4. Defense counsel also needs to finalize her loss assessment prior to sentencing. This analysis requires defense counsel to scrutinize 676 service vouchers individually to determine whether the voucher was issued legitimately or non-legitimately. This analysis is taking a substantial amount of time;

5. Defense counsel requests a continuance of the sentencing for these purposes of either one or two weeks, at the Court's discretion;

6. Government counsel has no opposition to the request for a continuance of the sentencing date for these purposes;

7. Defense counsel has conferred with Courtroom Deputy Tracy Lucero about the date best suited to the Court for a continuance; July 23, 2008 or July 30, 2008. Ms. Lucero has suggested July 30, 2008 as the date that best fits into the Court's schedule. As such, the parties are requesting July 30, 2008 as a new sentencing date;

8. USPO Cris Carruba is available for a sentencing on July 30, 2008 at 2:30 p.m. She requests the Court to further order that the Final Presentence Report in this matter is not due until July 16, 2008, which will allow sufficient time for her to

\\
\\

*Crayton*, CR 07-0803 MMC
STIP. TO CONTINUE SENTENCING DATE                2

1  prepare the Final Presentation Report.

2

3  **IT IS SO STIPULATED**

4

5  Dated: July 2, 2008                      _____/S/_____
                                              ELIZABETH M. FALK
                                              Assistant Federal Public Defender

6

7  Dated: July 2, 2008                      _____/S/_____
                                              TINA HUA
8                                             Assistant United States Attorney

9                              **[PROPOSED] ORDER**

10     GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing date in the

11 aforementioned matter currently set for July 16, 2008, is vacated.  The sentence date shall be

12 continued to July 30, 2008 at 2:30 p.m.  The Final Presentence Report is due to this Court no

13 later than July 16, 2008.

14

15     **IT IS SO ORDERED**.

16

17

18 Dated: __July 3, 2008_____          _____
                                              THE HONORABLE MAXINE M. CHESNEY
19                                            UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

*Crayton*, CR 07-0803 MMC
STIP. TO CONTINUE SENTENCING DATE            3