1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant CRAYTON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )   No. CR-07-803 MMC
                                         )
12 |          Plaintiff,                 )   MOTION AND [PROPOSED] ORDER TO
                                         )   SEAL DECLARATION OF ELIZABETH M.
13 |     v.                              )   FALK AND ITS EXHIBITS AA AND BB IN
                                         )   SUPPORT OF SENTENCING
14 | LAWRENCE CRAYTON,                   )   MEMORANDUM
                                         )
15 |          Defendant.                 )   **FILED UNDER SEAL**
   |_____)
16

17        Attorney of record Elizabeth M. Falk now moves this Court to file under seal the

18 Declaration of Elizabeth M. Falk in Support of Defendant's Sentencing Memorandum and its

19 attachments, submitted herewith. Exhibits AA and BB to the aforementioned declaration contain

20 confidential medical records and reports of the defendant, Mr. Lawrence Crayton, as well as his

21 wife, Linda Crayton. These records were disclosed to counsel with the provision that counsel

22 maintain their confidential nature with the Court. As these items should not be placed on the

23 public docket for confidentiality reasons, counsel now moves herein for a Sealing Order.

24                                      **ARGUMENT**

25        The medical records and reports attached to the contain sensitive and personal

26 information about Mr. and Mrs. Crayton that is traditionally not placed on the public docket.

CR 07-803 MMC - Motion to Seal Falk
Declaration and Exhibits Attached            1

1  Pursuant to Northern District of California Criminal Local Rule 32-7, said information remains
2  confidential and is only read and utilized by the U.S. Probation Department and the Court.
3  Sealing the records will maintain their confidential nature in accordance with the local rule, and
4  will keep these documents out of the public record.  Accordingly, undersigned counsel moves for
5  a Sealing Order ensuring that the documents attached to the Falk Declaration remain
6  confidential.  Counsel intends to file the remaining exhibits and attachments to the Sentencing
7  Memorandum, the Objections to the Guideline Calculations as well as the Sentencing
8  Memorandum itself, as a part of the publically available docket.

## CONCLUSION

Wherefore, Mr. Crayton requests that this Court will grant this motion and order the document entitled "Declaration of Elizabeth M. Falk In Support of Defendant's Sentencing Memorandum" and its attachments AA-BB to be filed under seal and maintained under seal until further order of the Court.

Dated: July 23, 2008

				Respectfully submitted,

				BARRY J. PORTMAN
				Federal Public Defender

				/S/

				ELIZABETH M. FALK
				Assistant Federal Public Defender


## [PROPOSED] ORDER

For good cause shown, the document entitled " Declaration of Elizabeth M. Falk in Support of Defendant's Sentencing Memorandum" and its attachments Exhibits AA and BB, to be filed later today on July 23, 2008, shall be maintained under seal until further order of the

CR 07-803 MMC - Motion to Seal Falk
Declaration and Exhibits Attached                    2

1  Court.

2      IT IS SO ORDERED.

3

4  Dated: _____, 2008     _____
                                                      THE HONORABLE MAXINE M. CHESNEY

5                                                       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26