8 554 2820038501 0

## Service Voucher

Station Location or On-board Train #: *H 5*    Origin Date: *12/29/02*

Customer Name: *Yang / Sual / Tu*

Ticket Number: *3514725225830*

**Amtrak®**

"People Serving People"

*Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.*

This voucher entitles you to *Five Hundred* Dollars $ *500.00* toward future travel on Amtrak.

*Lawrence E. Clayton*
Authorizing Signature

NRPT 28    CUSTOMER SV COPY

## CONDITIONS OF USE

1. Vouchers may be exchanged at any Amtrak Ticket Office or Amtrak approved travel agency for transportation on Amtrak operated trains.
2. Credit value in excess of the ticket cost is forfeited by the bearer.
3. Vouchers are not refundable or convertible.
4. Not valid on multirides, tours or interline tickets.
5. Bearer must print name/address and endorse below.
6. Valid for one year from date of issue.

## ARC REPORTING PROCEDURES

1. Treat as Type B Voucher.
2. Complete a REN.
3. Enter the voucher number in the area designated for "Old Ticket Number" on the REN. Place REN on top of Auditor's Coupon.
4. Place voucher behind Auditor's Coupon.
5. Refer to Industry Agents' Handbook, Section 6.0 for details.

## AMTRAK REPORTING PROCEDURE

1. Create PNR. Include service voucher number and amount in "5RMK" field.
2. Collect and validate voucher with die stamp.
3. Ticket PNR using "SV" FOP plus applicable FOP for any remaining balance.
4. Report on line 59 of station sales report.

Name: _____

Address: _____

Signature: _____

Accepted for partial/full payment:

Ticket No.: _____

Ticket Value: $ _____

Ticketing Location: __O/O__

*Bad Order Toilet DS room*
*per conductor 6 hours late*
*Credit for rail Pass*
*Guest / OK RSO*