```
*001          3589301229042       19.33   4725   24
*001          3589301229182        0.00   4725   24
```

BK - 280 B

```
          ------------------------------------
          
          ------------------------------------
              LINE: 50C Manual
           TOTAL ITEMS: 001  LEDGER TOTAL:    51.00   PUBID  DAY
          ------------------------------------
          *001              384638348         51.00   4725   24
          ------------------------------------

          ------------------------------------
              LINE: 58 Service Guarantee
           TOTAL ITEMS: 001  LEDGER TOTAL:   500.00   PUBID  DAY
          ------------------------------------
          *001          855428200385010      500.00   0654   24    ←
          ------------------------------------

          ------------------------------------
              LINE: 83B Checks
           TOTAL ITEMS: 006  LEDGER TOTAL:   130.60   PUBID  DAY
          ------------------------------------
          *001              EA198233681       20.00   4725   24
          *001              EA198233680       20.00   4725   24
          *001              DA391398619       20.00   4725   24
          *001              DA391398616       20.00   4725   24
          *001          14009975/FERRARI      30.60   0654   24
          *001              EA198233682       20.00   4725   24
          ------------------------------------

          ---------- SUBMIT STATUS ------------
          DATE:              12/24/2002
          PUBLIC ID:                        | Transmission Date Time
          0654                                12/28/2002 09:07:08
          4725                                12/28/2002 09:07:08
          9106                                12/28/2002 09:07:08
          9301                                12/28/2002 09:07:08

          Cash Reconciliation:              | 12/28/2002 09:07:08

          -------- END OF SUBMIT STATUS --------
```

Page 4 of 4

BK- 280 A

```
------------------------------------------------------------------------
CLERK: L. CRAYTONIII   AMTRAK STATION SALES REPORT V4.00   PRINTED: 12/28/2002
------------------------------------------------------------------------
CODE: A01 | LOCATION: SFC |  MONTH: Dec | REPORTING PERIOD: FROM 24 TO 24
------------------------------------------------------------------------
DEBIT ITEMS                 AMOUNT | CREDIT ITEMS                   AMOUNT
------------------------------------------------------------------------
 1 Gross Arrow           12,617.75 | 44 Spoiled Arrow                62.00
   1A Agent              11,783.25 |    44C Revers-PSR2              62.00
   1B SST                   834.50 | 47 Exchanged Tickets         1,259.05
11 USA Rail Issuances     1,160.00 |    47A ARROW                 1,259.05
   11A Auto USA Rai       1,160.00 | 50 Ticket Refunds              482.00
22 Parcel/Stor Charge         7.50 |    50A ARROW CC (PSR3)         431.00
   22A Parcel Chk I           7.50 |    50C Manual                   51.00
34 CC Reversal              691.10 | 58 Service Guarantee           500.00  *
                                   | 63 Auto Debit Card              92.00
                                   | 66 Adv Pay Hon/Ref           6,582.10
                                   | 71 Auto Credit Cards         2,045.30
                                   | 83 Cash Receipts             3,453.90
                                   |    83A Cash                  3,323.30
                                   |    83B Checks                  130.60
                                   |
------------------------------------------------------------------------
SUB TOTAL --------->     14,476.35 | SUB TOTAL ------------>    14,476.35
STATION OVERAGE               0.00 | STATION SHORTAGE                0.00
------------------------------------------------------------------------
TOTAL DEBITS         $   14,476.35 | TOTAL CREDITS         $    14,476.35
------------------------------------------------------------------------

                          CASH RECONCILIATION
------------------------------------------------------------------------
PUBLIC ID:  4725                   | DATE:  12/24/2002
------------------------------------------------------------------------
OPEN RESPONSIBILITY                | CLOSE DISPOSITION
------------------------------------------------------------------------

AUTHORIZED           $    1,500.00 | AUTHORIZED          $     1,500.00
WORKING FUND (1001):               | WORKING FUND (1005):

PRIOR DAYS           $    2,250.16 | CURRENT DAY'S       $         0.00
CASH RECEIPTS                      | CASH RECEIPTS
DEPOSITED TODAY (1002):            | STILL ON HAND (1006):

TOTAL CASH           $        0.00 | TOTAL BANK          $     2,250.16
RECEIPTS TODAY (1003):             | DEPOSIT(S) TODAY (1007):

TOTAL CASH           $    3,750.16 | TOTAL CASH          $     3,750.16
RESPONSIBILITY (1004):             | DISPOSITION (1008):
------------------------------------------------------------------------

CASH RECONCILIATION LINE:  1007
```

4