

# Exhibit AAA

Letters in Support of Lawrence Crayton

**Office of Revenue Collection**
**2530 Arnold Drive, Suite 350**
**Martinez, California  94553**

CONTRA
COSTA
COUNTY

Tel No. :  (925) 335-8550
Fax No.:  (925) 335-8545

*Peter G. Hurd*
*Collection Manager*
*(925) 335-8556*



Honorable Maxine M. Chesney
Judge of the United States Federal Court
450 Golden Gate Avenue
San Francisco,  CA  94102-3400

Dear Judge Chesney:

I am writing this letter to you on behalf of Lawrence Crayton.

I have known Lawrence, his wife and family for approximately 12 years.  I first met Lawrence through a mutual bowling association and we immediately became close friends.  Lawrence is the ideal role model for all of us and tries to make a positive difference in all he comes in contact with.  I have witnessed first hand how he has taken on not only his own family responsibilities but has reached out to others in dyer straights in an effort to assist them both emotionally and financially.  Even with his own family being of the utmost priority, he somehow finds the time to help strangers, fellow associates and friends.  I have met his immediate family members and have seen how he has loving care for his wife, children, stepchildren and grandchildren.

Lawrence has always been a person you could count on, volunteering to help and support others when they are down in their luck or fallen on hard times.  I have never known Lawrence to abuse or take advantage of anyone he met.  He is an example of a person with a caring attitude, strong religious beliefs and a profound respect for others.  I have tried to adopt some of his traits and practices and I have come to realize that it is not easy, especially when you have your own responsibilities in life.  Even when things are not going well for him, he holds his head high and most times you wouldn't know his plight because he often puts others first.

In the 12 years I have known Lawrence, I have witnessed his work ethics which exemplifies a person who accepts responsibility, is very dependable and who takes pride in whatever job or task he is performing.  There is no doubt in my mind that he strives to be able to call friend.  The world could surely use more people like Lawrence.

Any consideration you can grant Lawrence Crayton for being an extraordinary individual and role model would greatly  appreciated by all.

I f there is any need to contact me, please do so by calling (925) 335-8556.

Sincerely,

*Peter G. Hurd*

LET000001

April 18, 2008

Received

APR 25 2008

Federal Public Defender
San Francisco

The Honorable Maxine M. Chesney
United States Federal Court


**RE: Lawrence Crayton**


Dear Judge Chesney,

I am writing on behalf of Lawrence (Larry) Crayton. I am requesting leniency and compassion when determining Larry's fate.

I have known Larry for more than 30 years and I have known his wife Linda for 53 years. I have literally watched Larry grow from a fun loving young man to a devoted husband, father and grandfather. As the patriarch of his family, I have observed his devotion to his Mother, coming to her aid whenever she needed him without hesitation, as well as his expression of love for his sister. I have witnessed Larry develop into a loving husband when he married my childhood friend who brought four children to that relationship when he had no children at all. I witnessed his growth as a Step-Father when he responded to the needs and challenges of raising Linda's children who were teenagers when he entered the marriage. I have watched how loving and supportive he is to a fault with his grandchildren. Most of all, I have witnessed his growth as a husband when he met the challenges of being the primary wage earner in the family when his wife's health denied her the ability to contribute financially. I have also experienced Larry's spiritual and religious growth over the past several years.

 What Larry is most guilty of is loving his family to much by trying to be all things to all of the people he love and cherish. With respect to this serious issue, he has taken responsibility for his actions, endured the disappointment of his wife and the embarrassment of having his family and friends learn of his misdeeds. It is for this reason that I ask for your mercy when determining the punishment for Lawrence Crayton.

Sincerely yours,

Patricia A. Ford
7415 Near Thicket Way
Laurel, MD   20707

LET000002

June 24, 2008

The Honorable Maxine M. Chesney
United States Federal Court

RE:    Lawrence Crayton

Dear Honorable Judge Chesney,

I am writing on behalf of Lawrence (Larry) Crayton. I am respectfully requesting your consideration for leniency and compassion in the matter of Mr. Crayton.

Your honor, I have known Mr. Crayton for approximately eleven years. I originally came to know Larry and Linda Crayton because Linda provided daycare services for my youngest daughter, Ajanae, who has been in their care since she was six weeks old. Since then our relationship has strengthened and grew to a relationship akin to family. Larry and Linda have provided love and support for my daughter and I through the years and they have become our Aunt and Uncle.

My daughter affectionately renamed Larry "Woodie" as he became one of the few positive male role models in her young life. Approximately five years ago, my daughter was diagnosed with a connective tissue disorder with symptoms of lupus and juvenile rheumatoid arthritis. Had it not been for the loving support of Larry and Linda I'm not sure where we would be emotionally today. As we learn how to manage my daughter's illness, her relationship with Larry is invaluable. His support and strength as a surrogate father figure empowers her, empowers us. As I have gotten to know this family, I am in awe of Larry's relationship with his wife, his mother, his children and grandchildren, his great-grandson and a host of other relatives. He is the patriarch of his family.

Larry and his family have suffered and continue to suffer the embarrassment of his mistake. He is constantly advising family and friends no matter how desperate the situation is there is always the right choice to make using him as an example. As he faces this very serious situation and understands gravity of the consequences, what he fears most is what this has done, is doing and may do to his family. I see him struggle daily with this very serious matter and yet continue to work harder to take care of his family. To ensure his family's needs is met his day often begins at 3:30 a.m., he works extra hours and works his days off. One cannot help but notice his fatigue as he unselfishly gives additional and precious few hours to his young great-grandson and my daughter, when he should be getting the much need hours of rest before his day starts again. I can't begin to describe the joy on the faces of the children when they are receiving his time and attention.

If it prays the court, it is for the above reasons my daughter and I respectfully request your mercy when determining the punishment for Lawrence "Woodie" Crayton.

Respectfully Submitted,

Lonetta Evans
2530 38th Ave 203, Oakland, CA 94601

Dear, Judge Maxine M. Chesney

My name Ajanae and I am 10 years old and I am writing this letter for lawrence Crayton II. Sens I was 6 week old lawrence and his wife linda have been takeing care of me. Without lawrence, I wouldn't be standing in there house everyday. On one of my school days when ever I'm Sick Lawence and his wife linda tell me to come over. After I was 2 Lawrence and took in 2 more Kids so I can have somebody to play with. Every day sens I was little Lawrence had to leave to go to his job and every time he leave I use to cry. Now that I am older I understand why he has to go to work. Lawrence and his wife linda have stuck by my side though illness When I was younger I was told that I had lupas and Arthrist all over my body. Lawrence help with my medication and help carry me when it was to Painful for me to walk.

Please forgive him for his action and don't punish us for him doing something right even though it is wrong so please give him another chance

Sincerely,
Ajanae

3535 meadow St
Oakland, CA 94601



Judge Maxine M. Chesney
C/o Elizabeth M. Falk, Assistant Public Defender
Room 196884
P.O. Box 36106
450 Golden Gate Ave.
San Francisco, Ca. 94102-3400

Honorable Judge Chesney,

I Linda Crayton wife of Lawrence Eugene Crayton III am writing this letter stating some
of the upstanding characteristics of this good man that I am fortunate to be married to.
The beginning of our relationship was a blessing from GOD. We met at his place of
employment and began dating. He immediately accepted my single parent family of four
children and asked me to marry him.
Being of the Catholic Religion, I converted and we married in Louisiana at his Parish
Church.
Me having a sister living in Texas, we decided to relocate there and secured a home.
After this move, things began to get tough for us first with the Oil problem in 1982; my
husband was being laid off from his job while at the same time my place of employment
was closing. We had to move back to Oakland in 1984 and I was forced into early
retirement from my job, which left everything on my husband.
He had to go to a treatment center twice and I suffered a nervous breakdown.
Later we moved back to Louisiana for a while and then moved back to Oakland to stay in
1992. My husband kept us together as much as he could and stuck by me when I went
through Cancer surgery in 1998 of my breast and later for the removal of Colon Cancer.
In the meantime, he was doing all he could to take care of my children and me. He under
went many things at Amtrak including Skin disorder, which caused him to loose his hair
and his skin to peal while cleaning up floodwater at the station.
At this time, we were active in our church where Lawrence is on the Dad's Board who
ministers to the homeless and homebound. Please take all that I am sharing with you of
our life into the consideration for my beloved husband, as he has been a loyal dedicated
and committed worker and citizen. We are now struggling with a mortgage crisis on our
home that we are trying to secure for our future and kids.


Thank you for your concern and attention

Respectfully

*Linda J. Crayton*
Linda T. Crayton
3535 Meadow St.
Oakland, Ca. 94601

June 13, 2008


The Honorable Maxine M. Chesney
United States Federal Court


RE: Lawrence Crayton

Dear Judge Chesney,

I am writing on behalf of Lawrence (Uncle Woody or Woo Woo) Crayton as he is affectionately known to all of his nieces and nephews. I have had the pleasure of knowing Lawrence for the past 5 years, and I have seen his patience with all of the children in this family, from cleaning up scrapes and bruises or stopping them from fighting amongst themselves to helping them with their homework. Being the patriarch and provider, constantly giving love and support when needed Lawrence provides unconditional love to his family and his friends, he listens to you without judging you. He is the person you call if you only get one call. I have called on Lawrence many times in these past 5 years, for many different things and he has never said no. I've been stranded and needed a jump for my car and he came, he has helped to repair everything from doors & windows to bicycles and dolls and not only for me. He always gives an uplifting word of encouragement and he does so with a kind and gentle heart not passing judgment on you or your situation. Lawrence Crayton is not only the sole financial supporter of his family, as his wife has been unable to work Lawrence is a man of strength and wisdom in which this family depends on. When you decide Lawrence Crayton's fate I request that you do so with sympathy and mercy for both him and his family.


Sincerely yours,

Michelle Boyette
2329 26th Avenue
Oakland, CA 94601

June 20,2008

To Judge Maxine M.Chesney

Dear Judge Maxine M. Chesney

My name is Linda Denise Williams and I am writing this letter on behalf of my stepfather Lawrence E. Crayton. I am begging to the court to show mercy on him for the crimes he has accused of.

Your Honor, Larry met my mother when I was ten years old, she was a single mother with 4 children, he had none. He embraced us from the start, even though the feelings weren't always mutual. From day one he has always tried to be there for us.

He has always tried to do what was best for our family. The only crime he is guilty of is having to big of a heart and <u>LOVING</u> his family too much. And if those actions are crimes I wish every man in the world could be found guilty!

I am now 41 years old and the mother of 2 girls of whom Larry has basically been not only their grandfather, but in so many words and ways their father. He has supported us not only emotionally, but most definitely financially, for these reasons I feel that we are partially responsible for the predicament he is in. I know he never wanted myself, my children, my mother,or almost anyone he came in close contact with to want for anything.

Your Honor, Not only would it be ashamed to send this caring and devoted man to prison. But it may also be detrimental to the health of my mother. She depends on him physically, emotionally as well as financially. My mother has suffered a nervous breakdown before, I am terrified what this will do to her as well as my daughters.

Thank you for taking the time to here me out.

Linda D. Williams

1020 Poplar St.
Oakland,Ca 94607



June 20, 2008

Dear Judge Maxine M. Chesney,

I am writing this letter on the behalf of my grandfather, Lawrence E. Crayton III. I am 24 years old and been with my grandfather since I was born in Houston, Texas.

I am very sorry about what my grandfather is being charged with, but I know in my heart that he does not deserve it. My grandfather is a good and honest man trying to take care of his family. I'm not saying he is not wrong for doing what he has done, but I'm asking for him to have another chance. My grandfather is a very loving and supportive man, whom everyone loves. He has helped a lot of people in and outside our family with problems. It has been a lot of times where I needed help and my grandfather was there helping me with car notes, phone bills, student loans, and trying to be a model. He was there for me when no one else could help me and I love him so much for that. I have to say he did go a little over broad trying to help me but it was out of his heart, and I don't think he should be punished for that. He is just being a great grandfather to me. When my son was born my grandfather was right by my side, he has been there for me and my son taking care of us when I couldn't and he continues to be there for us. He gives us a roof over our head, feeds us, and makes sure we are well taking care of. My father was never there and he took over and help my mother raise me. He has also help out a friend that was homeless, living out of his car with his wife, they had nothing to eat, drink, and no where to bathe their selves he changed that for them.

Please Judge Maxine find it in your heart to give my grandfather another chance at life. We need him in our lives to see us grow into the people he would want us to become, and it would mean the world to my son, his great grandson who is 2 years old, if he could be the support system he is for us for him. You can't have a better role model then that.

Sincerely,

Nkenge Williams
3535 meadow St
Oakland, Ca 94601

Judge Maxine M. Chesney
c/o Elizabeth M. Falk, Assistant Public Defender
Room 196884
P. O. Box 36106
450 Golden Gate Avenue
San Francisco, California    94102-3400

Dear Judge Chesney:

May I take a little of your time to share with you the person my brother Lawrence E. Crayton, 111
is, to prayerfully help in your judgement of his character in this heartbreaking matter.
I, his one and only sister, is seeking the guidance of the LORD for the words to come to do so.

We were always very close . Never any sister-brother envy.  Our parents looked to him to take care of me
and he did.  He always respected my position on any issue and actually let me control any situation,
although he is five years older.  We were educated in Catholic schools.  At the time there were Nuns to
teach us and one of his teachers taught him beautiful penmanship-although it is true our Mother has this gift
also. He was a favorite of all his teachers--cooperative and a good student.

When  he left for the Marines, it really frightened us because of the situation of the War at that time. He was
sent overseas but came back only to find he had contacted Diabetes. Through the advice of friends, he
was able to claim a small Disability Compensation from the government. He had a  hobby of Bowling
before going into the service and continued it in service-winning awards.  He later pursued this sport and
qualified for The National Hall Of Fame in Bowling. Till this day he is still in tournaments, winning great
trophies and prizes traveling all around. We are so very proud of his accomplishments. He assists his wife
with the children of her Day Care she operates from their home.  The children love him for his gentleness
and patience.  His wife was not able to bear children for him, loving children so, he took over  financially
the care of her daughters' two girls and the oldest girls son, even after raising the wife's four children (three
boys and one girl) in their home.

My brother and I had to be with our mother after the traumatic death of our father's heart failure in their
back yard. None of us have been able to fully adjust to a life without him, but daily pray for strength for our
mother who refuses to leave the home.  We are able to get her to visit with us occasionally.  I live in
Alabama because of Job relocation of  State Farm and he in California.

Need I say I love him with all my heart and pray he will be okay, as he is truly a loving devoted husband,
brother and son.  All who know him,  know that he is dependable, loyal, committed person and has sincere
care for his fellowman.

Thank you for your time and concern.


Respectfully,

*Denise Crayton Holmes*
Denise Crayton Holmes

June 20, 2008


The Honorable Maxine M Chesney
United State Federal Court


RE: Lawrence Crayton

This letter is to ask your mercy on behalf of my brother Lawrence E Crayton III. I, his sister Denise Crayton Holmes have always felt his kindness and protection.

Although he is five years older we've always been very close. He was always and is the idea big brother. Whenever needed, he is there to comfort, give advice and direction in times of need. His faith in God has influenced my walk with the Lord. His desire is to always bring Peace and Joy to all he meets. Never has there been a more forgiving and compassionate person. This has greatly influenced my life.

When he married Linda, I saw him developed into a loving husband and father of her children. Witnessing this through their relationship I know that the children love Lawrence as their biological father. In this day and time, this is very rare. This is the testimony of love and care for his family that spills over into all the other relationships in his life. Lind's whole family of 11 sisters and brothers love and depend on him daily. When her parents were alive he was a great dependable support to them. My personal family of six and my mother fell that Lawrence is a strong pillar of our family since the death of our father.

I'm writing this from my heart, hoping all this will be taken into consideration in making your decision in this case. May God bless you and guide you.

Sincerely yours,

Denise Holmes
Denise Holmes
156 Renwick Ln
Calera Al, 35040

THE HONORABLE MAXINE M. CHESNEY
UNITED STATE FEDERAL COURT

Received

JUN 2 0 2008

Federal Public Defender
San Francisco

DEAR JUDGE CHESNEY

I am writing on the behalf of LAWRENCE (LARRY) CRAYTON. My brother inlaw who has been married to my sister (LINDA) for 32yrs I am asking that you give my brother inlaw leniency in determing his fate. He is the only bread winner in his household Due to my sister disability. I am not condoning what he did in the past. But I have watch Lawrence over come alot of optical in the times that I know him. He is a loving husband and father (3) step children (4) steps gravel kids. That love him very dearly. He was their for me and the rest of my brothers & sisters. When my parent booame ill. Who eventuality went home to be with the lord. We all deserve a second chance in life. He has become a model employee at A.C. Transit. Where he has work for the past 8½yrs. Even with his past transgression. He continue to have a strong faith in GOD AND HIS SAVIOR JESUS CHRIST. ONCE AGAIN HONORABLE JUDGE CHESNEY to have MERCY ON HIM.

Sincerely Your
Resjie J. Howard
1656 PLUM TREE LANE
AURORA, IL 60504

June 10, 2008

Judge Maxine M. Chesney
c/o Elizabeth M. Falk. Asst. Public Defender
United States Court
San Francisco, California

Dear Honorable Judge Chesney:

In learning of the shocking situation of my son-Lawrence Eugene Crayton, 111, at this time of his life, I in my humble way shall attempt to write this letter praying for your compassion and empathy.

Being the first born of my two children (five years difference in age of his sister), his father and I always tried to be a good role model -teaching him to be the best that he could be rearing him in the Catholic faith, attending Mass each Sunday and observing the obligations of the Religion, also Catholic schooling.

After graduating high school, he choose to attend college and later joined the Marine Corp serving our country in Vietnam, he was exposed in a manner that brought about Diabetes, of which he receives a small disability check for.

Locating after service in California led him to meet Linda, his wife with a family of four children, of who he fathered from their early years until this day. Assuming this great responsibility caused him to seek many places of employment of which he was always a dedicated, loyal, committed employee. He, in his loving way, tried to do more than a biological father for them to make their life secure and instill in them to be the best that they could be.

He is and always has been, a devoted son, kind and gentle brother and father. All his wife's family know that he is always there for them as his sister and her family and I do. I have been widowed since 1983, but I know even though I am here at our home in Louisiana, he and I have a bond that we are always there for each other. He has become an Evangelist Minister at his church in Oakland-helping to aid others in knowing the greatness of The Lord.

My daily prayer is that you will consider these good qualities of his character in making your decision for his future life.

Thank you for your attention and concern.

Respectfully,

*Charlotte Crayton*
Charlotte Crayton
3315 Pearl Street
Monroe, La. 71202

Judge Maxine M. Chesney
c/o Elizabeth M. Falk, Assistant Public Defender
Room 19 6884
P. O. Box 36106
450 Golden Gate Avenue
San Francisco, California   94102-3400

Dear Judge Chesney:

This letter is being written for the purpose of enlightening you of the type of citizen my
son LAWRENCE EUGENE CRAYTON, 111 is.

Being my first born, my husband and I were grateful to God for a healthy beautiful boy.
All through his life we strived to be good role models for he and his sister bringing them
up in a Christian law abiding environment.

He finished high school and college along with joining the Marines, serving a term
overseas. He decided to move from Louisiana to California.  In Oakland he met his wife
who came from an AmTrak family. After attempting to live in Texas and Louisiana,
where homes were purchased, the decision was  made to come back to Oakland to be
close to wife's family. After working in the school system and jobs that required a lot of
commuting, a position became available at Jack London Square that he was able to
qualify for. Being interested in upgrading the financial status, a Supervisor position at the
San Francisco Station was available and with the proper studying  he was hired for it.
He was so proud and happy to achieve this goal that he had prayed for. Visiting the
station was a pleasure for the surroundings were immaculately clean and the staff
pleasant and polite.

Thank you for your concern and attention in my attempt to give you some insight of the
character of my son. I feel I have been truly blessed to have given birth to such a
wonderful human being, and thank God for him.


Respectfully,

*Charlotte Crayton*

Charlotte Crayton
3315 Pearl Street
Monnroe, Louisiana   71202
Phone -318-322-2082

06/20/08

To Judge Maxine M. Chesney
   United States Federal Court

Dear Judge Chesney,
   How are you doing? I'm writing you today
on behalf of my stepfather Lawrence E.
Crayton III. Your honor, I understand what
he's being charge with, and I also know
that wrong is wrong. But I'm just hoping,
well no I'm praying that you and the
judical system can find it in youre hearts
to show him leniency. He's really a good
man, But he also an excellent role model
as Father, granddad, and husband. He really
taught me and my siblings alot growing up.
He taught me to have patient and not let
things get me down. He always told me if
I believe in God, he will always find a way
to make things work out. When he entered
my life he helped me achieve new goals
in and out of school, at home, or just dealing
with people. I remember when I was in Sr.
high school and tore a legiment in my knee
I couldn't play sports anymore. he taught
me how to bowl. Which I became pretty

LET000014

good and Block in high school and was so proud. I probably would have never pick up or thought about it if not for him. He made my understand of life stronger. I know that he loves us alot and if he's guilty of anything it's loving us too much. My mom and step father couldn't have children together. I believed it just made our bond that much stronger. God couldn't have blessed up with a better roll model. We all make mistakes in life that we regret but I just pray that this one want cost him dearly. He's the main provider for my mom and nieces. My mom haven't work in over 20 years, but my Father will get out thier and get his hassel on as far as finding odd jobs or whatever to keep the family strong. He loves the family very much. I recently went back home to visit them. I found it so amazing with all that's on his plate he still seem to keep his head up for the family and not let anyone see him depress. Since my oldest brother died in 1996 I've seen his religous beliefs and particapation really got stronger. Your Honor I can go on for hours telling you about what he means

LET000015

to me, to us, but I'll stop here. If you
can find it in your heart to show my father
some mercy it would truly be appreciated.
I just don't know no how my mom would
like it or how my family will maintane with
out him. Thank you very much for listening
to me.

Lawrence D. Thomas

LET000016



# ACTS FULL GOSPEL CHURCH OF GOD IN CHRIST

1034 66th Avenue  Oakland, CA 94621

510.567.1300   FAX 510.568.4125   www.actsfullgospel.org

### Bishop Bob Jackson

April 15, 2008

The Honorable Maxine Chesney
Federal Court
450 Golden Gate Avenue
San Francisco, CA  94102-34000

Dear Judge Chesney:

We are pleased to submit this letter in behalf of Mr. Lawrence Crayton, who is a member of Acts Full Gospel Church of God in Christ.

Mr. Crayton became a member after successfully completing our nine-weeks New Members Class in June 1993.  He has been an active member who attends services regularly, supports the ministry financially, works as a member of our evangelism ministry, participates in activities for our senior center—which includes periodically making tasty meals for the entire center and our office staff, and is active on our Dads' Board.  It has been a joy to have him as a member of this congregation.  He does whatever needs to be done to help the church.

Mr. Crayton has been very faithful for close to fifteen years.  If I can be of further assistance in this matter, please do not hesitate to contact me.

Sincerely,

Bishop Bob Jackson

BJ/chj

*...*"They were all with one accord in one place" Acts 2:1*     LET000017

July1, 2008

The Honorable Maxine M. Chesney
United States Federal Court

RE: Lawrence Crayton

Dear Judge Chesney,

I am writing on behalf of Lawrence (Larry) Crayton. I am asking for compassion and understanding in the determining factor on behalf of Larry's future.

If I may, *Our Father which art in heaven, Hallowed be thine name. Thy kingdom come. Thy will be done in earth , as it is in heaven. Give us this day our daily bread. And forgive us our debts , as we forgive our debtors. And lead us not into temptation, but deliver us from evil: For thine is the kingdom, and the power, and glory, forever. Amen.*

Your Honor, I have known Larry and his family for nearly over thirty years now. I knew his grand mother his father his mother and his sister, and all are loving sweet yet God fearing people. I am mentioning this because God sees us as trees. Trees and people each has a root system . Larry Crayton has a good and strong root system. Larry then joined in Holy Matrimony with Linda, who family is super strong in religious belief in God and family values. Judge what I am saying is that I love Brother Larry Crayton He is a Good and Descent person and a very good husband to Linda. He loves his family beyond measure and is a  hard worker and a sensitve man. He is such a caring person . His kids and grand and great grand is so fortunate to have him as their daddy.

Judge, your honor, when all things are taken into consideration, I know this man well. He is a God fearing man and if he is guilty of what he is being charged of then it is a very serious issue.
But if Larry is granted probation, he will pay back his debt to society lesson learned forever - for good.
If Larry is sentenced to do time a whole family would be destroyed.
So if there is anyway – Please show mercy when determining his punishment.

Sincerely yours,

*Joe L. McGill*

Joe Lee McGill
1711 Hagan Road
Whitehouse, Tx 75791

# LIBERTY CHRISTIAN CENTER

## *"Building Excellence and Success through the Word of God"*

### DRS. JOHNNY & PAMELA DRUMGOLE
#### Founders/Pastors

| 3220 HIGHWAY 165 | MONROE, LA 71202 | 318-387-7355 OFFICE | 318-387-0193 FAX |

June 24, 2008

The Honorable Maxine M. Chesney
United States Federal Court
Room 19-6884
P O Box 36106
450 Golden Gate Ave.
San Francisco, CA 94102-3400

RE:  Lawrence Crayton

Dear Judge Chesney,

I am writing on behalf of Lawrence (Larry) Crayton.  I am requesting that you extend leniency and compassion when you determine the fate of Larry Crayton.

I have known Larry since 1993.  He and his wife were members of my church.  The time I was acquainted with Larry, I found him to be a very dependable person with integrity and strong ties to his family and his friends.  I believe that he has learned from the mistakes that he has made and I feel confident that he has learned the error of his ways and will not make the same mistake twice.

Again, I ask that you grant Larry leniency when deciding the fate of his life.  If you have any questions or comments, feel free to contact my office at the number listed above.

Sincerely,

Dr. J. E. Drumgole

Received

MAY 21 2008

Federal Public Defender
San Francisco

May 19, 2008

The Honorable Maxine M. Chesney
United State Federal Court

RE: Lawrence Crayton

Dear Judge Chesney,

 This letter is being written requesting leniency in determining the fate of Lawrence (Larry ) Crayton.

When we fine ourselves ready to judge another persons motive, let's pause and remember- only God can see the heart, and only his word can expose the motive. Larry is our brother-in law.  He has been in the family over 30 years.  Larry is a devoted and loving husband, father and grandfather.  He is a devoted Christian who works with several organizations at his church.

 Being the primary supporter of his family during this time of depression he has stepped up and accepted the challenge without complaining and keeping a positive attitude. Through his spiritual growth he realizes that we cannot expect a pain-free stress-free life. The testing of our "faith produces patience," and the work of patience makes us "perfect and complete." He now realizes that he should have trusted God to supply his everyday needs.  He knows that our sins are not taken lightly, but when we acknowledge our guilt with true repentance, God is ready to forgive.  He knows that a life lived for Christ is the best inheritance we can leave our children.

Please take all of this in consideration when determining his punishment.

Deacon Ben and Brenda  Johnson

July 12,2008


The Honorable Maxine M.Chesney
United States Federal Court



RE: Lawrence Crayton


Dear Judge Chesney,

My letter is being written requesting leniency and compassion in determining the fate of
Larry Crayton.

I met Larry in the late sixty's. He had just started dating my sister-in-law. We both just
return from active military duties. Larry return home with a vision of the {American
Dream};good job,new family and a home for retirement. I watch Larry take on the
responsibility of a loving wife and stepchildren when he had none of his own. I witnessed
Larry's development of an educational,moral and spiritual foundation for his family. I
watched his growth when his wife health fail and he became the primary wage earner.
Larry is guilty of a man and a father trying to be a provider for his family that he love and
cherish.

Larry has excepted and expressed to his wife,family and friend's the disappointment and
embarrassment of his misdeed. Judge Chesney, I hope what I have written in honesty and
truth will be taken into consideration when determining Larry's punishment.



Sincerely Yours,
Deacon: Benny Johnson

CR 07-0803

June 17, 2008

To whom it may concern:

I take great pleasure in writing this letter of recommendation for Mr. Larry Crayton.

I have known Mr. Crayton for over 8 years now as a friend and member of the American Bowling Congress.. I've found him to be a very dependable person. During this span of time I have known Mr. Crayton, he has projected himself as a professional in terms of performing his duties and responsibilities as a member of American Bowling Congress. He has a profound knowledge of our organization.

Mr. Crayton has a very good rapport with the public in terms of being courteous and providing dependable information pertaining to our involvement in our community of activities.

As a devoted member of our organization, I am absolutely certain that Mr. Crayton will continue to perform in the most outstanding manner as is always expected of him. I am also sure that his excellent work ethics and attitude which characterized Mr. Crayton now will remain as such throughout his involvement with our organization. Mr. Crayton has harmonious relationship with all the other members of our organization. He is a contributor, a team player and definitely an asset to our organization

Sincerely,
Mr. Jerold Serrell
Member of American Bowling Congress

LET000022