# Exhibit A

## to

### Objections to Loss Amount Calculations and Adjustment of Guidelines Under U.S.S.G. § 2B1.1

# Government Loss Spreadsheet (Second set of objections are highlighted)

Exhibit A was manually filed due to color coding that electronic filing cannot capture

Lawrence Crayton, III<br>
CR 07-0803 MMC