# Exhibit B
## to
### Objections to Loss Amount Calculations and Adjustment of Guidelines Under U.S.S.G. § 2B1.1

# Defendant Lawrence Crayton's Objections Chart to Government Loss Spreadsheet

Lawrence Crayton, III
CR 07-0803 MMC

Lawrence Crayton, III  Page 1 of 8
CR-07-803 MMC

## SECOND SET OF OBJECTIONS TO INDIVIDUAL LINE ITEMS ON GOVERNMENT'S LOSS SPREADSHEET

### 1999

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Amount |
|---|---|---|---|---|---|
| 1 | 1 | Broward | No Ticket Number | CRA0031 | $500 |
| 2 | 1 | Smith | Appears to Be Good Service Voucher | CRA0031 | $200 |
| 3 | 2 | Montesa | Ambiguous Ticket Number | CRA0035 | $200 |
| 5 | 4 | Walsh, J/D | Ambiguous Ticket Number | CRA0043 | $350 |
| 6 | 5 | Walsh, Bob | Ambiguous Ticket Number | CRA0047 | $100 |
| 7 | 6 | Smith, John | Appears to Be Good Service Voucher | CRA0051 | $200 |
| 10 | 8 | Mussen | Appears to be Good Service Voucher | CRA0059 | $200 |
| 16 | 13 | Olesky | Appears to be Good Service Voucher | CRA0081 | $250 |
| 17 | 14 | Quintanilla | Illegible Ticket No. | CRA0085 | $170 |
| | | | | **TOTAL** | ***$2170.00*** |

### 2000

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Amount |
|---|---|---|---|---|---|
| 24 | 20A | unknown | Report Only - No Voucher | CRA00103, CRA00104 | $200.00 |
| 29 | 25 | Carrie B | Illegible Ticket No. | CRA00123 | $250.00 |
| 45 | 38 | Sherer | Voucher Signed by Agent Other Than Crayton | CRA00173, CRA00174 | $100.00 |
| 50 | 43 | unknown | Report Only - No Voucher | CRA00190, CRA00193 | $100.00 |
| 51 | 43 | unknown | Report Only - No Voucher | CRA00190, CRA00193 | $100.00 |
| 52 | 43 | unknown | Report Only - No Voucher | CRA00190, CRA00193 | $390.00 |
| 57 | 48 | unknown | Report Only - No Voucher | CRA00209, CRA00210 | $500.00 |
| 58 | 49 | Woodward | Illegible Ticket No. | CRA00213 | $400.00 |
| 66 | 56 | unknown | Report Only - No Voucher | CRA00239, CRA00240 | $300.00 |

Lawrence Crayton, III                                                                                                       Page 2 of 8
CR-07-803 MMC

SECOND SET OF OBJECTIONS TO INDIVIDUAL LINE ITEMS ON GOVERNMENT'S LOSS SPREADSHEET

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Amount |
|---|---|---|---|---|---|
| 67 | 56 | unknown | Report Only - No Voucher | CRA00239, CRA00240 | $300.00 |
| 71 | 59 | Brunot | Voucher Signed by Agent Other Than Crayton | CRA00251, CRA00252 | $500.00 |
| 72 | 60 | unknown | Report Only - No Voucher | CRA00253, CRA00254 | $100.00 |
| 73 | 61 | unknown | Report Only - No Voucher | CRA00255, CRA00256 | $500.00 |
| 74 | 62 | unknown | Report Only - No Voucher | CRA00257, CRA00258 | $300.00 |
| 75 | 63 | unknown | Report Only - No Voucher | CRA00259, CRA00260 | $200.00 |
| 76 | 63 | unknown | Report Only - No Voucher | CRA00259, CRA00260 | $500.00 |
| 77 | 64 | unknown | Report Only - No Voucher | CRA00261, CRA00262 | $400.00 |
| 78 | 64 | unknown | Report Only - No Voucher | CRA00261, CRA00262 | $350.00 |
| 88 | 72 | "Williams" | No Voucher in Discovery | CRA00281, CRA00282 | $212.00 |
| 89 | 73 | "Iozou" | No Voucher in Discovery | CRA00283, CRA00284 | $400.00 |
| 90 | 73 | "King" | No Voucher in Discovery | CRA00283, CRA00284 | $200.00 |
| 91 | 74 | Jamison | Illegible Ticket No. | CRA00287, CRA00288 | $385.00 |
| 94 | 76 | unknown | Report Only - No Voucher | CRA00293, CRA00294 | $75.00 |
| 95 | 76 | "Cuaiell" | No Voucher in Discovery | CRA00293-CRA00294 | $225.00 |
| 100 | 80 | "Cortes | No Voucher in Discovery | CRA00303-CRA00304 | $100.00 |
| 102 | 82 | Beatty | Voucher Signed by Agent Other Than Crayton | CRA00311-CRA00312 | $200.00 |
| | | | | *Total* | *$7287.00* |

Lawrence Crayton, III  
CR-07-803 MMC

Page 3 of 8

SECOND SET OF OBJECTIONS TO INDIVIDUAL LINE ITEMS ON GOVERNMENT'S LOSS SPREADSHEET

## 2001

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Amount |
|---|---|---|---|---|---|
| 108 | 86 | unknown | Report Only - No Voucher | CRA00341, CRA00324-00325 | $500.00 |
| 109 | 86 | unknown | Report Only - No Voucher | CRA00341, CRA00324-00325 | $200.00 |
| 114 | 88 | Williams | Illegible Ticket No. | CRA00332 | $1,000.00 |
| 115 | 89 | none | Report Only - No Voucher | CRA00334 | $100.00 |
| 116 | 89 | none | Report Only - No Voucher | NO BATES | $100.00 |
| 120 | 93 | unknown | Report Only - No Voucher | CRA00346, CRA00347 | $100.00 |
| 121 | 93 | unknown | Report Only - No Voucher | CRA00348, CRA00349 | $100.00 |
| 122 | 95 | unknown | Report Only - No Voucher | CRA00350, CRA00351 | $500.00 |
| 123 | 96 | Gipson | Illegible Ticket No. | CRA00354 | $500.00 |
| 125 | 98 | unknown | Report Only - No Voucher | CRA00360, CRA00361 | $134.00 |
| 127 | none | unknown | No Voucher or Report in Discovery | NO BATES | $100.00 |
| 131 | 102 | none | No Voucher Or Report in Discovery | CRA00372, CRA00373 | $300.00 |
| 135 | 106 | Littman | Wrong Voucher Amount | CRA00387, CRA00388 | $14.00 |
| 139 | 109 | Beagan | Illegible Ticker No. | CRA00401 | $400.00 |
| 140 | 110 | unknown | Report Only - No Voucher | CRA00403 | $200.00 |
| 141 | 110 | unknown | Report Only - No Voucher | CRA00403 | $250.00 |
| 148 | 115 | none | Report Only - No Voucher | CRA00421, CRA00423 | $200.00 |
| 149 | 115 | none | Report Only - No Voucher | CRA00421, CRA00423 | $196.00 |
| 152 | 117 | unknown | Report Only - No Voucher | CRA00428, CRA00429 | $291.90 |
| 153 | 117 | unknown | Report Only - No Voucher | CRA00428, CRA00429 | $152.00 |

Lawrence Crayton, III  Page 4 of 8
CR-07-803 MMC

SECOND SET OF OBJECTIONS TO INDIVIDUAL LINE ITEMS ON GOVERNMENT'S LOSS SPREADSHEET

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Amount |
|---|---|---|---|---|---|
| 156 | 119 | unknown | Report Only - No Voucher | CRA00434, CRA00435 | $200.00 |
| 157 | 120 | unknown | Report Only - No Voucher | CRA00436, CRA00438 | $575.00 |
| 158 | 121 | Barnes | Illegible Ticket No. | CRA00442 | $304.00 |
| 161 | none | "Martinez" | No Report or Voucher | CRA0451-CRA00452 | $500.00 |
| 162 | none | none | Report Only - No Voucher | CRA00451, CRA00452 | $300.00 |
| 164 | 124 | unknown | Report Only - No Voucher | CRA00453 | $140.00 |
| 165 | 124 | unknown | Report Only - No Voucher | CRA00453 | $500.00 |
| 168 | 127 | unknown | Report Only - No Voucher | CRA00462, CRA00463 | $150.00 |
| 169 | 127 | unknown | Report Only - No Voucher | CRA00462, CRA00463 | $331.20 |
| 170 | 128 | unknown | Report Only - No Voucher | CRA00464, CRA00465 | $194.00 |
| 171 | 130 | unknown | Report Only - No Voucher | CRA00468, CRA00469 | $159.60 |
| 172 | 129 | unknown | Report Only - No Voucher | CRA00468, CRA00469 | $159.00 |
| 174 | 131 | unknown | Report Only - No Voucher | CRA00470, CRA00471 | $142.00 |
| 175 | 131 | unknown | Report Only - No Voucher | CRA00470, CRA00471 | $154.70 |
| 178 | none | "Wung" | No Report or Voucher | none | $700.00 |
| 179 | none | "Adleg" | No Report or Voucher | none | $200.00 |
| 180 | none | "Jenkins" | No Report or Voucher | none | $400.00 |
|  |  |  |  | ***Total*** | ***$10447.40*** |

## 2002

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Ammount |
|---|---|---|---|---|---|
| 183 | 135 | none | Report Only - No Voucher | CRA00486-CRA00487 | $200.00 |
| 184 | 135 | none | Report Only - No Voucher | CRA00486-CRA00487 | $390.00 |

Lawrence Crayton, III  
CR-07-803 MMC

Page 5 of 8

SECOND SET OF OBJECTIONS TO INDIVIDUAL LINE ITEMS ON GOVERNMENT'S LOSS SPREADSHEET

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Ammount |
|---|---|---|---|---|---|
| 186 | 136 | none | Report Only - No Voucher | CRA00488-CRA00489 | $100.00 |
| 187 | 136 | none | Report Only - No Voucher | CRA00488-CRA00489 | $514.90 |
| 188 | 137 | none | Report Only - No Voucher | CRA00490-CRA00491 | $696.00 |
| 189 | 137 | none | Report Only - No Voucher | CRA00490-CRA00491 | $237.00 |
| 193 | 140 | none | Report Only - No Voucher | CRA00500-CRA00501 | $150.00 |
| 194 | 140 | none | Report Only - No Voucher | CRA00500-CRA00501 | $470.00 |
| 195 | 140 | none | Report Only - No Voucher | CRA00500-CRA00501 | $75.00 |
| 196 | 141 | none | Report Only - No Voucher | CRA00502-CRA00503 | $202.00 |
| 197 | 142 | none | Report Only - No Voucher | CRA00504-CRA00505 | $248.00 |
| 198 | 143 | none | Report Only - No Voucher | CRA00506-CRA00507 | $350.00 |
| 199 | 144 | none | Report Only - No Voucher | CRA00508 | $145.50 |
| 201 | 145 | unknown | Report Only - No Voucher | CRA00512-CRA00513 | $213.00 |
| 205 | 148 | unknown | Report Only - No Voucher | CRA00524-CRA00525 | $888.00 |
| 206 | 149 | unknown | Report Only - No Voucher | CRA00526-CRA00527 | $500.00 |
| 207 | 150 | unknown | Report Only - No Voucher | CRA00528-CRA00529 | $150.00 |
| 208 | 150 | unknown | Report Only - No Voucher | CRA00528-CRA00529 | $554.00 |
| 209 | 150 | unknown | Report Only - No Voucher | CRA00528-CRA00529 | $72.00 |
| 210 | 151 | unknown | Report Only - No Voucher | CRA00530-CRA00531 | $300.00 |
| 213 | 156 | unknown | Report Only - No Voucher | CRA00544-CRA00545 | $90.00 |
| 214 | 156 | unknown | Report Only - No Voucher | CRA00544-CRA00545 | $150.00 |
| 215 | 156 | unknown | Report Only - No Voucher | CRA00544-CRA00545 | $85.00 |
| 216 | 157 | Ingelman | Voucher Is Not Reflected on any Sales Reports | CRA00546-CRA00548 | $300.00 |
| 217 | 157 | unknown | Report Only - No Voucher | CRA00546-CRA00547 | $146.00 |

Lawrence Crayton, III  
CR-07-803 MMC

Page 6 of 8

SECOND SET OF OBJECTIONS TO INDIVIDUAL LINE ITEMS ON GOVERNMENT'S LOSS SPREADSHEET

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Amount |
|---|---|---|---|---|---|
| 218 | 157 | none | No Report- No Voucher | CRA00546-CRA00547 | $150.00 |
| 219 | 157 | none | No Report- No Voucher | CRA00546-CRA00547 | $140.00 |
| 225 | 163 | uknnown | Report Only - No Voucher | CRA00566-CRA00567 | $99.00 |
| 226 | 163 | unknown | Report Only - No Voucher | CRA00566-CRA00567 | $100.00 |
| 231 | 168 | unknown | Report Only - No Voucher | CRA00584-CRA00585 | $146.00 |
| 233 | 169 | unknown | Report Only - No Voucher | CRA00587-CRA001571 | $1450.00 |
| 234 | 169 | unknown | Report Only - No Voucher | CRA00586-CRA00587 | $1450.00 |
| 236 | 170 | unknown | Report Only - No Voucher | CRA00589-CRA00590 | $100.00 |
| 237 | 170 | unknown | Report Only - No Voucher | CRA00591 | $800.00 |
| 238 | 170 | unknown | Report Only - No Voucher | CRA00591 | $54.00 |
| 241 | 172 | none | Report Only - No Voucher | CRA00595-CRA00596 | $85.00 |
| 244 | 174 | unknown | Report Only - No Voucher | CRA00603-CRA00604 | $532.50 |
| 247 | 176 | unknown | Report Only - No Voucher | CRA00611-CRA00612 | $408.00 |
| 248 | 177 | unknown | Report Only - No Voucher | CRA00615-CRA00616 | $300.00 |
| 253 | 181 | Nicholas G | Illegible Ticket No. | CRA00631 | $300.00 |
| 254 | 181 | unknown | Report Only - No Voucher | CRA00629-CRA00630 | $100.00 |
| 259 | 185 | unknown | Report Only - No Voucher | CRA00645-CRA00646 | $300.00 |
| 260 | 186 | Cromwell | Illegible Ticket No. | CRA00649 | $550.00 |
| 261 | 186 | unknown | Report Only - No Voucher | CRA00647-CRA00648 | $70.00 |
| 262 | 186 | none | Report Only - No Voucher | CRA00647-CRA00648 | $200.00 |
| 264 | 187 | none | Report Only - No Voucher | CRA00651-CRA00652 | $400.00 |
| 266 | 188 | none | Report Only - No Voucher | CRA00655-CRA00656 | $150.00 |
| 273 | 193 | none | Report Only - No Voucher | CRA00675-CRA00676 | $300.00 |
| 275 | 194 | none | Report Only - No Voucher | CRA00679-CRA00680 | $200.00 |

Lawrence Crayton, III  Page 7 of 8
CR-07-803 MMC

SECOND SET OF OBJECTIONS TO INDIVIDUAL LINE ITEMS ON GOVERNMENT'S LOSS SPREADSHEET

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Amount |
|---|---|---|---|---|---|
| 289 | 204 | none | Report Only - No Voucher | CRA00719-CRA00720 | $200.00 |
| 290 |  | Pacheco | Illegible Ticket No. |  | $500.00 |
| 294 | 206 | none | Report Only - No Voucher | CRA00725-CRA00726 | $398.00 |
| 295 | 207 | none | Report Only - No Voucher | CRA00729-CRA00730 | $250.00 |
| 297 | 208 | none | Report Only - No Voucher | CRA00732-CRA00733 | $64.00 |
| 303 | 211 | Vu | Illegible Ticket No. | CRA00746 | $100.00 |
| 310 | 216 | Henshaw | Voucher Signed by Agent Other than Crayton | CRA00765-CRA00766 | $274.00 |
| 313 | 216 | none | Report Only - No Voucher | CRA00764-CRA00765 | $745.00 |
| 319 | 220 | none | Report Only - No Voucher | CRA00780-CRA00781 | $254.00 |
| 330 | 227 | none | Report Only - No Voucher | CRA00805-CRA00806 | $250.00 |
| 331 | 228 | none | Report Only - No Voucher | CRA00809-CRA00810 | $577.00 |
| 332 | 228 | none | Report Only - No Voucher | CRA00809-CRA00810 | $400.00 |
| 340 | 234 | none | Report Only - No Voucher | CRA00831-CRA00832 | $369.00 |
| 344 | 236 | Jacobsen | No Ticket No. | CRA00841 | $400.00 |
| 356 | 244 | none | Report Only - No Voucher | CRA00870-CRA00871 | $400.00 |
| 364 | 249 | none | Report Only - No Voucher | CRA00889-CRA00890 | $338.00 |
| 375 | 256 | none | Report Only - No Voucher | CRA00917-CRA00918 | $200.00 |
| 378 | 258 | Langley | No Ticket No. | CRA00258 | $200.00 |
| 385 | 264 | "Lam" | No Report or Voucher Produced in Discovery | CRA00949-CRA00952 | $475.00 |
|  |  |  |  | ***Total*** | **$22,004.90** |

## 2003

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Amount |
|---|---|---|---|---|---|
| 429 | 294 | Kwan | No Ticket No. | CRA01069 | $500.00 |
| 433 | 297 | Unknown | Report Only -No Voucher | CRA01079-CRA01080 | $300.00 |

Lawrence Crayton, III  Page 8 of 8
CR-07-803 MMC

SECOND SET OF OBJECTIONS TO INDIVIDUAL LINE ITEMS ON GOVERNMENT'S LOSS SPREADSHEET

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | Amount |
|---|---|---|---|---|---|
| 457 | None | Langley | No Report or voucher in Discovery | none - See March, 2003 | $200.00 |
| 461 | 309 | Castro | Voucher Signed by Agent Other than Crayton | CRA01131 | $175.00 |
| 520 | 347 | "Chu, L" | No Voucher in Discovery | CRA01264-CRA01268 | $300.00 |
| 521 | 347 | "Hu, Sing" | No Voucher In Discovery | CRA01264-CRA01268 | $594.00 |
|  |  |  |  | *Total* | *$2069.00* |

## 2004

| Line Number | Exhibit Number | Name | Problem | Bates Numbers | A mount |
|---|---|---|---|---|---|
| 605 | none | Ming/Chu | No Voucher in Discovery | none | $374.00 |
| 606 | none | Wong/Pet | No Voucher in Discovery | none | $1067.00 |
|  |  |  |  | *Total* | *$1,441.00* |