# Exhibit C
## to
Objections to Loss Amount Calculations and Adjustment of Guidelines Under U.S.S.G. § 2B1.1

# Service Vouchers and Sales Reports Provided in Support of Government's Loss Amount Chart

Exhibit C was manually filed due to volume and tabbed objections

Lawrence Crayton, III
CR 07-0803 MMC