# Exhibit D
## to
Objections to Loss Amount Calculations and Adjustment of Guidelines Under U.S.S.G. § 2B1.1

# Letter from AUSA Christina Hua dated July 21, 2008

Lawrence Crayton, III
CR 07-0803 MMC



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*      *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*      *FAX:(415) 436-7234*

July 21, 2008

**BY HAND DELIVERY**
Elizabeth Falk
Assistant Federal Public Defender
450 Golden Gate Ave, 19th Floor
San Francisco, CA 94102

Re: US v. LAWRENCE E. CRAYTON III, CR 07-0803-MMC

Dear Elizabeth:

    Today, the case agent informed me that since the time of conducting the ticket number analysis, he has learned that the ticket numbers repeat after the entire number sequence is completed. Because of this fact, the computer analysis that a particular ticket number was invalid as of August 29, 2006 (when the analysis was done), may not necessarily mean that the same ticket number was invalid when Crayton submitted the false voucher.

    I have asked the case agent to reexamine the validity of the ticket numbers. He hopes to have his analysis completed by Wednesday. In the interest of time, I am sending to you the previous analysis on public ID numbers, which I previously invited you to look at but did not send to you. If you recall, a ticket number is composed of a three digit Julian calender date, 4 digit employee public ID number, and the remaining 6 digit ticket number. A ticket number will be invalid if the first 3 digits do not correspond to a Julian calender date, or if the following 4 digit employee ID number is invalid or does not correspond to an employee from the originating city.

//

//

//

//

//

//

Received

JUL 21 2008

Federal Public Defender
San Francisco

If you have any questions, please do not hesitate to contact me at (415) 436-7534.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

CHRISTINA HUA
Assistant United States Attorney

cc: Christina Carruba [w/o encl]