1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH FALK
    Assistant Federal Public Defender
3   19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700
5
    Counsel for Defendant   CRAYTON
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-07-803 MMC
                                       )
12                 Plaintiff,          )    NOTICE OF MANUAL FILING
                                       )
13  vs.                                )
                                       )
14  LAWRENCE CRAYTON,                  )
                                       )
15                 Defendant.          )
    _____)
16

17                   **MANUAL FILING NOTIFICATION**

18  Regarding:  **Exhibit A to  Objections to Loss Amount Calculations and Adjustment of**

19  **Guidelines Under U.S.S.G. § 2B1.1**

20          This filing is in paper or physical form only, and is being maintained in the case file in the

21  Clerk's office.

22          If you are a participant on this case, this filing will be served in hard-copy shortly.

23          For information on retrieving this filing directly from the court, please see the court's

24  mail web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

25  //

26  //

Manual Filing Notification              1

1          This filing was not efiled for the following reason(s):

2    _____ Voluminous Document (PDF file size larger than efiling system allowances)

3    _____ Unable to Scan Documents

4    _____ Physical Object (description): _____

5    _____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

6    _____ Item Under Seal

7    _____ conformance with the Judicial Conference Privacy Policy (General Order 53).

8    __x___ Other (description): _Documents has color coding that electronic filing cannot capture.

9

10   Dated: 07/24/08

11                                    Respectfully submitted,

12                                    BARRY J. PORTMAN
                                      Federal Public Defender
13
                                              /s/
14
                                      ELIZABETH FALK
15                                    Assistant Federal Public Defender
                                      Counsel for Lawrence Crayton
16

17

18

19

20

21

22

23

24

25

26