| YR | Line # | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| **Alleged Problems With Ticket Numbers On Service Vouchers** | | | | | | | |
| 1999 | 3 | 2 | Montesa | Ambiguous Number | CRA035 | $200 | Legible Copy Available |
| 1999 | 5 | 4 | Walsh, J.D | Ambiguous Number | CRA0043 | $350 | Legible Copy Available |
| 1999 | 17 | 14 | Quintanilla | Illegible Ticket No | CRA0085 | $170 | Legible copy submitted 7/23/08 |
| 2000 | 29 | 25 | Carrie, B. | Illegible Ticket No | CRA00123 | $250 | Legible copy submitted 7/23/08 |
| 2000 | 58 | 49 | Woodard | Illegible Ticket No | CRA00213 | $400 | Legible copy submitted 7/23/08 |
| 2000 | 91 | 74 | Jamison | Illegible Ticket No | CRA00287/288 | $385 | Submitted 7/23/08 |
| 2001 | 114 | 88 | Williams | Illegible Ticket No | CRA00332 | $1,000 | Submitted 7/23/08 |
| 2001 | 123 | 96 | Gipson | Illegible Ticket No | CRA00354 | $500 | Submitted 7/23/08 |
| 2001 | 139 | 109 | Beagan | Illegible Ticket No | CRA00401 | $400 | Legible Copy Available |
| 2001 | 158 | 121 | Barnes | Illegible Ticket No | CRA00442 | $304 | Legible Copy Available |
| 2002 | 253 | 181 | Nicholas, G | Illegible Ticket No | CRA00631 | $300 | Legible Copy Available |
| 2002 | 260 | 186 | Cromwell | Illegible Ticket No | CRA00649 | $550 | Legible Copy Available |
| 2002 | 290 | | Pacheco | Illegible Ticket No | | $500 | Legible Copy Available |
| 2002 | 303 | 211 | Vu | Illegible Ticket No | CRA00746 | $100 | Legible Copy Available |
| 2002 | 344 | 236 | Jacobsen | No Ticket no | CRA00841 | $400 | Crayton Responsible For Input |
| 2002 | 378 | 258 | Langley | No Ticket no | CRA00258 | $200 | Crayton Responsible For Input |
| 2003 | 429 | 294 | Kwan | No Ticket No | CRA0001069 | $500 | Crayton Responsible For Input |
| | | | | | | $6,509 | |
| **Government Agrees To Remove From Loss Calculation** | | | | | | | |
| 1999 | 1 | 1 | Broward | Appears to be good | CRA0031 | $500 | Govt Agrees/Different Hand Writing |
| 1999 | 2 | 1 | Smith | Appears to be good | CRA0031 | $200 | Govt. Agrees |
| 1999 | 6 | 5 | Walsh, Bob | Appears to be good | CRA0047 | $100 | Govt. Agrees |
| 1999 | 7 | 6 | Smith, John | Appears to be good | CRA0051 | $200 | Govt. Agrees |
| 1999 | 10 | 8 | Mussen | Appears to be good | CRA0059 | $200 | Govt. Agrees |
| 1999 | 16 | 13 | Oleske | Appears to be good | CRA0081 | $250 | Govt. Agrees |
| 2000 | 45 | 38 | Sherer | Other Agent signed | CRA00173/174 | $100 | Govt Agrees |
| 2000 | 71 | 59 | Brunot | Other Agent signed | CRA00251/252 | $500 | Govt Agrees |
| 2000 | 102 | 82 | Beatty | Other Agent signed | CRA00311/312 | $200 | Govt Agrees |
| 2001 | 152 | 117 | Uknown | Report Only | CRA00428/429 | $292 | Govt Agrees- Other Station Agent |
| 2001 | 153 | 117 | Uknown | Report Only | CRA00428/429 | $152 | Govt Agrees- Other Station Agent |
| 2001 | 168 | 127 | Uknown | Report Only | CRA00462/463 | $150 | Govt Agrees- Other Station Agent |
| 2001 | 169 | 127 | Uknown | Report Only | CRA00462/463 | $331 | Govt Agrees- Other Station Agent |
| 2002 | 310 | 216 | Henshaw | Other Agent Signed | CRA00765/766 | $274 | Govt Agrees |

| YR | Line # | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 2003 | 461 | 309 | Castro | Other Agent Signed | CRA01131 | $175 | Govt Agrees |
| 2002 | 385 | 264 | Lam | No Voucher/Report | CRA00949/952 | $475 | Govt Agrees |
| | | | | | | $4,099 | |

**Defendant Did Not Have a Copy of Service Voucher or 920 Sales Report**

| YR | Line # | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 2000 | 88 | 72 | Williams | No Voucher/Report | CRA00281/282 | $212 | Submitted 7/23/08 |
| 2000 | 89 | 73 | Iozou | No Voucher/Report | CRA00283/284 | $400 | Submitted 7/23/08 |
| 2000 | 90 | 73 | King | No Voucher/Report | CRA00283/284 | $200 | Submitted 7/23/08 |
| 2000 | 95 | 76 | Cuaiell | No Voucher/Report | CRA293/294 | $225 | Submitted 7/23/08 |
| 2000 | 100 | 80 | Cortes | No Voucher/Report | CRA00303/304 | $100 | Submitted 7/23/08 |
| 2001 | 161 | None | Martinez | No Voucher/Report | CRA0451/00452 | $500 | Submitted 7/23/08 |
| 2001 | 178 | None | Wung | No Voucher/Report | No Bates | $700 | Submitted 7/23/08 |
| 2001 | 179 | None | Adleg | No Voucher/Report | No Bates | $200 | Submitted 7/23/08 |
| 2001 | 180 | None | Jenkins | No Voucher/Report | No Bates | $400 | Submitted 7/23/08 |
| 2003 | 457 | None | Langley | No Voucher/Report | None | $200 | Submitted 7/23/08 |
| 2003 | 520 | 347 | I.Chu | No Voucher/Report | CRA01264/01268 | $300 | Submitted 7/23/08 |
| 2003 | 521 | 347 | Hu, Sing | No Voucher/Report | CRA01264/01268 | $594 | Submitted 7/23/08 |
| 2004 | 605 | None | Ming/Chu | No Voucher/Report | None | $374 | Submitted 7/23/08 |
| 2004 | 606 | None | Wong/Pet | No Voucher/Report | None | $1,067 | Submitted 7/23/08 |
| | | | | | | $5,472 | |

**Entries Supported by 920 Sales Report But No Service Voucher Available**

| YR | Line # | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 2000 | 24 | 20A | Unknown | Report Only | CRA00103/104 | $200 | Govt Disagrees; see Sent Mem |
| 2000 | 50 | 43 | Unknown | Report Only | CRA00190/193 | $100 | Govt Disagrees; see Sent Mem |
| 2000 | 51 | 43 | Unknown | Report Only | CRA00190/193 | $100 | Govt Disagrees; see Sent Mem |
| 2000 | 52 | 43 | Unknown | Report Only | CRA00190/193 | $390 | Govt Disagrees; see Sent Mem |
| 2000 | 57 | 48 | Unknown | Report Only | CRA00209/210 | $500 | Govt Disagrees; see Sent Mem |
| 2000 | 66 | 56 | Unknown | Report Only | CRA00239/240 | $300 | Govt Disagrees; see Sent Mem |
| 2000 | 67 | 56 | Unknown | Report Only | CRA00239/240 | $300 | Govt Disagrees; see Sent Mem |
| 2000 | 72 | 60 | Unknown | Report Only | CRA00253/254 | $100 | Govt Disagrees; see Sent Mem |
| 2000 | 73 | 61 | Unknown | Report Only | CRA00255/256 | $500 | Govt Disagrees; see Sent Mem |
| 2000 | 74 | 62 | Unknown | Report Only | CRA00257/258 | $300 | Govt Disagrees; see Sent Mem |
| 2000 | 75 | 63 | Unknown | Report Only | CRA00259/260 | $200 | Govt Disagrees; see Sent Mem |
| 2000 | 76 | 63 | Unknown | Report Only | CRA00259/260 | $500 | Govt Disagrees; see Sent Mem |
| 2000 | 77 | 64 | Unknown | Report Only | CRA00261/262 | $400 | Govt Disagrees; see Sent Mem |
| 2000 | 78 | 64 | Unknown | Report Only | CRA00261/262 | $350 | Govt Disagrees; see Sent Mem |

| YR | Line # | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 2000 | 94 | 76 | Unknown | Report Only | CRA00293/294 | $75 | Govt Disagrees; see Sent Mem |
| 2001 | 108 | 86 | Unknown | Report Only | CRA00341/324/325 | $500 | Govt Disagrees; see Sent Mem |
| 2001 | 109 | 86 | Unknown | Report Only | CRA00341/324/325 | $200 | Govt Disagrees; see Sent Mem |
| 2001 | 115 | 89 | None | Report Only | CRA00334 | $100 | Govt Disagrees; see Sent Mem |
| 2001 | 116 | 89 | None | Report Only | No Bates | $100 | Govt Disagrees; see Sent Mem |
| 2001 | 120 | 93 | Unknown | Report Only | CRA0034600347 | $100 | Govt Disagrees; see Sent Mem |
| 2001 | 121 | 93 | Unknown | Report Only | CRA00346/347 | $100 | Govt Disagrees; see Sent Mem |
| 2001 | 122 | 95 | Unknown | Report Only | CRA00350/351 | $500 | Govt Disagrees; see Sent Mem |
| 2001 | 125 | 98 | Unknown | Report Only | CRA00360/361 | $134 | Govt Disagrees; see Sent Mem |
| 2001 | 127 | None | Unknown | Report Only | CRA00632 | $100 | Govt Disagrees; see Sent Mem |
| 2001 | 131 | 102 | None | Report Only | CRA00372/373 | $300 | Govt Disagrees; see Sent Mem |
| 2001 | 140 | 110 | Unknown | Report Only | CRA00403 | $200 | Govt Disagrees; see Sent Mem |
| 2001 | 141 | 110 | Unknown | Report Only | CRA00403 | $250 | Govt Disagrees; see Sent Mem |
| 2001 | 148 | 115 | None | Report Only | CRA00421/00423 | $200 | Govt Disagrees; see Sent Mem |
| 2001 | 149 | 115 | None | Report Only | CRA00421/00423 | $196 | Govt Disagrees; see Sent Mem |
| 2001 | 156 | 119 | Unknown | Report Only | CRA00434/435 | $200 | Govt Disagrees; see Sent Mem |
| 2001 | 157 | 129 | Unknown | Report Only | CRA00436/438 | $575 | Govt Disagrees; see Sent Mem |
| 2001 | 162 | None | None | Report Only | CRA0000451/452 | $300 | Govt Disagrees; see Sent Mem |
| 2001 | 164 | 124 | Unknown | Report Only | CRA00453 | $140 | Govt Disagrees; see Sent Mem |
| 2001 | 165 | 124 | Unknown | Report Only | CRA00453 | $500 | Govt Disagrees; see Sent Mem |
| 2001 | 170 | 128 | Unknown | Report Only | CRA00464/465 | $194 | Govt Disagrees; see Sent Mem |
| 2001 | 171 | 130 | Unknown | Report Only | CRA00468/469 | $159.60 | Govt Disagrees; see Sent Mem |
| 2001 | 172 | 129 | Unknown | Report Only | CRA00468/469 | $159 | Govt Disagrees; see Sent Mem |
| 2001 | 174 | 131 | Unknown | Report Only | CRA00470/471 | $142 | Govt Disagrees; see Sent Mem |
| 2001 | 175 | 131 | Unknown | Report Only | CRA00470/471 | $154.70 | Govt Disagrees; see Sent Mem |
| 2002 | 183 | 135 | None | Report Only | CRA00486/487 | $200 | Govt Disagrees; see Sent Mem |
| 2002 | 184 | 135 | None | Report Only | CRA00486/487 | $390 | Govt Disagrees; see Sent Mem |
| 2002 | 186 | 136 | None | Report Only | CRA00488/489 | $100 | Govt Disagrees; see Sent Mem |
| 2002 | 187 | 136 | None | Report Only | CRA00488/489 | $514 | Govt Disagrees; see Sent Mem |
| 2002 | 188 | 137 | None | Report Only | CRA00490/491 | $696 | Govt Disagrees; see Sent Mem |
| 2002 | 189 | 137 | None | Report Only | CRA00490/491 | $237 | Govt Disagrees; see Sent Mem |
| 2002 | 193 | 140 | None | Report Only | CRA00500/501 | $150 | Govt Disagrees; see Sent Mem |
| 2002 | 194 | 140 | None | Report Only | CRA00500/501 | $470 | Govt Disagrees; see Sent Mem |
| 2002 | 195 | 140 | None | Report Only | CRA00500/501 | $75 | Govt Disagrees; see Sent Mem |
| 2002 | 196 | 141 | None | Report Only | CRA00502/503 | $202 | Govt Disagrees; see Sent Mem |
| 2002 | 197 | 142 | N | Report Only | CRA00504/505 | $248 | Govt Disagrees; see Sent Mem |

| YR | Line # | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 2002 | 198 | 143 | N | Report Only | CRA00506/507 | $350 | Govt Disagrees; see Sent Mem |
| 2002 | 199 | 144 | N | Report Only | CRA00508 | $145.50 | Govt Disagrees; see Sent Mem |
| 2002 | 201 | 145 | Unknown | Report Only | CRA00512/513 | $213 | Govt Disagrees; see Sent Mem |
| 2002 | 205 | 148 | Unknown | Report Only | CRA00524/525 | $888 | Govt Disagrees; see Sent Mem |
| 2002 | 206 | 149 | Unknown | Report Only | CRA00526/527 | $500 | Govt Disagrees; see Sent Mem |
| 2002 | 207 | 150 | Unknown | Report Only | CRA00528/529 | $150 | Govt Disagrees; see Sent Mem |
| 2002 | 208 | 150 | Unknown | Report Only | CRA00528/529 | $554 | Govt Disagrees; see Sent Mem |
| 2002 | 209 | 150 | Unknown | Report Only | CRA00528/529 | $72 | Govt Disagrees; see Sent Mem |
| 2002 | 210 | 151 | Unknown | Report Only | CRA00530/531 | $300 | Govt Disagrees; see Sent Mem |
| 2002 | 213 | 156 | Unknown | Report Only | CRA00544/545 | $90 | Govt Disagrees; see Sent Mem |
| 2002 | 214 | 156 | Unknown | Report Only | CRA00544/545 | $150 | Govt Disagrees; see Sent Mem |
| 2002 | 215 | 156 | Unknown | Report Only | CRA00544/545 | $85 | Govt Disagrees; see Sent Mem |
| 2002 | 217 | 157 | Unknown | Report Only | CRA00546/547 | $146 | Govt Disagrees; see Sent Mem |
| 2002 | 218 | 157 | None | Report Only | CRA00546/547 | $150 | Govt Disagrees; see Sent Mem |
| 2002 | 219 | 157 | None | Report Only | CRA00546/547 | $140 | Govt Disagrees; see Sent Mem |
| 2002 | 225 | 163 | Unknown | Report Only | CRA00566/567 | $99 | Govt Disagrees; see Sent Mem |
| 2002 | 226 | 163 | Unknown | Report Only | CRA00566/567 | $100 | Govt Disagrees; see Sent Mem |
| 2002 | 231 | 168 | Unknown | Report Only | CRA00584/585 | $146 | Govt Disagrees; see Sent Mem |
| 2002 | 233 | 169 | Unknown | Report Only | CRA00587/1571 | $1,450 | Govt Disagrees; see Sent Mem |
| 2002 | 234 | 169 | Unknown | Report Only | CRA00586587 | $1,450 | Govt Disagrees; see Sent Mem |
| 2002 | 236 | 170 | Unknown | Report Only | CRA00589/590 | $100 | Govt Disagrees; see Sent Mem |
| 2002 | 237 | 170 | Unknown | Report Only | CRA00591 | $800 | Govt Disagrees; see Sent Mem |
| 2002 | 238 | 170 | Unknown | Report Only | CRA00591 | $54 | Govt Disagrees; see Sent Mem |
| 2002 | 241 | 172 | None | Report Only | CRA00595/596 | $85 | Govt Disagrees; see Sent Mem |
| 2002 | 244 | 174 | Unknown | Report Only | CRA00603/604 | $532 | Govt Disagrees; see Sent Mem |
| 2002 | 247 | 176 | Unknown | Report Only | CRA00611/612 | $408 | Govt Disagrees; see Sent Mem |
| 2002 | 248 | 177 | Unknown | Report Only | CRA00615/616 | $300 | Govt Disagrees; see Sent Mem |
| 2002 | 254 | 181 | Unknown | Report Only | CRA00629/630 | $100 | Govt Disagrees; see Sent Mem |
| 2002 | 259 | 185 | Unknown | Report Only | CRA00645/646 | $300 | Govt Disagrees; see Sent Mem |
| 2002 | 261 | 186 | None | Report Only | CRA00647/648 | $70 | Govt Disagrees; see Sent Mem |
| 2002 | 262 | 186 | None | Report Only | CRAOO647/648 | $200 | Govt Disagrees; see Sent Mem |
| 2002 | 264 | 187 | None | Report Only | CRA00651/652 | $400 | Govt Disagrees; see Sent Mem |
| 2002 | 266 | 188 | None | Report Only | CRA00655/656 | $150 | Govt Disagrees; see Sent Mem |
| 2002 | 273 | 193 | None | Report Only | CRA00675/676 | $300 | Govt Disagrees; see Sent Mem |
| 2002 | 275 | 194 | None | Report Only | CRA00679/680 | $200 | Govt Disagrees; see Sent Mem |
| 2002 | 289 | 204 | None | Report Only | CRA00719/720 | $200 | Govt Disagrees; see Sent Mem |

| YR | Line # | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 2002 | 294 | 206 | None | Report Only | CRA00725/726 | $398 | Govt Disagrees; see Sent Mem |
| 2002 | 295 | 207 | None | Report Only | CRA00725/726 | $250 | Govt Disagrees; see Sent Mem |
| 2002 | 297 | 208 | None | Report Only | CRA00732/733 | $64 | Govt Disagrees; see Sent Mem |
| 2002 | 313 | 216 | None | Report Only | CRA00764/765 | $745 | Govt Disagrees; see Sent Mem |
| 2002 | 319 | 220 | None | Report Only | CRA00780/781 | $254 | Govt Disagrees; see Sent Mem |
| 2002 | 330 | 227 | None | Report Only | CRA00805/806 | $250 | Govt Disagrees; see Sent Mem |
| 2002 | 331 | 228 | None | Report Only | CRA00809/810 | $577 | Govt Disagrees; see Sent Mem |
| 2002 | 332 | 228 | None | Report Only | CRA00809/810 | $400 | Govt Disagrees; see Sent Mem |
| 2002 | 340 | 234 | None | Report Only | CRA00831/832 | $369 | Govt Disagrees; see Sent Mem |
| 2002 | 356 | 244 | None | Report Only | CRA00870/871 | $400 | Govt Disagrees; see Sent Mem |
| 2002 | 364 | 249 | None | Report Only | CRA00889/890 | $338 | Govt Disagrees; see Sent Mem |
| 2002 | 375 | 256 | None | Report Only | CRA00917/918 | $200 | Govt Disagrees; see Sent Mem |
| 2003 | 433 | 297 | None | Report Only | CRA01079/01080 | $300 | Govt Disagrees; see Sent Mem |
| | | | | | | $29,024 | |

**Alleged Problem Does Not Exist**

| YR | Line # | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 2002 | 216 | 157 | Ingleman | Voucher not on Sales Rpt | CRA00546/548 | $300 | Deft Mistaken |
| 2001 | 135 | 106 | Littman | Wrong Voucher Amount | CRA00387/388 | $100 | Deft Mistaken |
| | | | | | | $400 | |
| | | | | | | $45,504 | |