1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINA HUA (CABN 185358)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7534
7       Facsimile: (415) 436-7234
        E-mail: tina.hua@usdoj.gov
8
   Attorneys for the United States of America
9

10                              UNITED STATES DISTRICT COURT

11                             NORTHERN DISTRICT OF CALIFORNIA

12                                   SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,            )   No.  CR 07-0803-MMC
                                        )
15        Plaintiff,                    )
                                        )   GOVERNMENT'S EXHIBIT B TO
16        v.                            )   GOVERNMENT'S OPPOSITION TO
                                        )   DEFENDANT'S SENTENCING
17 LAWRENCE E. CRAYTON III,             )   MEMORANDUM
                                        )
18        Defendant.                    )
                                        )
19
           On July 25, 2008, the government filed its opposition to defendant's sentencing
20
   memorandum.  Attached as Exhibit A to the government's opposition was a spreadsheet which
21
   responded to individual objections made by the defendant.  That spreadsheet was grouped and
22
   organized by objection categories.  For the Court's convenience, the government hereby submits
23
   //
24
   //
25
   //
26
   //
27
   //
28

GOVT'S EXH. B TO GOVT'S OPPO TO DEFT'S SENT. MEM.
CR 07-0803-MMC                              1

1  Exhibit B, the same response spreadsheet, but organized chronologically by date and ticket
2  number.
3  DATED: July 29, 2008                              Respectfully submitted,
4                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
5
6
7                                                    _____/s/_____
                                                     CHRISTINA HUA
                                                     Assistant United States Attorney
8

# EXHIBIT B

Case 3:07-cr-00803-MMC    Document 28    Filed 07/29/2008    Page 3 of 8

**Year 1999**

| Line # | YR | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 1 | **1999** | 1 | Broward | Appears to be good | CRA0031 | $500 | Govt Agrees/Different Hand Writing |
| 2 | **1999** | 1 | Smith | Appears to be good | CRA0031 | $200 | Govt. Agrees |
| 3 | **1999** | 2 | Montesa | Ambiguous Number | CRA035 | $200 | Legible Copy Available |
| 5 | **1999** | 4 | Walsh, J.D | Ambiguous Number | CRA0043 | $350 | Legible Copy Available |
| 6 | **1999** | 5 | Walsh, Bob | Appears to be good | CRA0047 | $100 | Govt. Agrees |
| 7 | **1999** | 6 | Smith, John | Appears to be good | CRA0051 | $200 | Govt. Agrees |
| 10 | **1999** | 8 | Mussen | Appears to be good | CRA0059 | $200 | Govt. Agrees |
| 16 | **1999** | 13 | Oleske | Appears to be good | CRA0081 | $250 | Govt. Agrees |
| 17 | **1999** | 14 | Quintanilla | Illegible Ticket No | CRA0085 | $170 | Legible copy submitted 7/23/08 |
|  |  |  |  |  |  | $2,170 |  |

**Year 2000**

| Line # | YR | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 24 | **2000** | 20A | Unknown | Report Only | CRA00103/104 | $200 | Govt Disagrees; see Sent Mem |
| 29 | **2000** | 25 | Carrie, B. | Illegible Ticket No | CRA00123 | $250 | Legible copy submitted 7/23/08 |
| 45 | **2000** | 38 | Sherer | Other Agent signed | CRA00173/174 | $100 | Govt Agrees |
| 50 | **2000** | 43 | Unknown | Report Only | CRA00190/193 | $100 | Govt Disagrees; see Sent Mem |
| 51 | **2000** | 43 | Unknown | Report Only | CRA00190/193 | $100 | Govt Disagrees; see Sent Mem |
| 52 | **2000** | 43 | Unknown | Report Only | CRA00190/193 | $390 | Govt Disagrees; see Sent Mem |
| 57 | **2000** | 48 | Unknown | Report Only | CRA00209/210 | $500 | Govt Disagrees; see Sent Mem |
| 58 | **2000** | 49 | Woodard | Illegible Ticket No | CRA00213 | $400 | Legible copy submitted 7/23/08 |
| 66 | **2000** | 56 | Unknown | Report Only | CRA00239/240 | $300 | Govt Disagrees; see Sent Mem |
| 67 | **2000** | 56 | Unknown | Report Only | CRA00239/240 | $300 | Govt Disagrees; see Sent Mem |
| 71 | **2000** | 59 | Brunot | Other Agent signed | CRA00251/252 | $500 | Govt Agrees |
| 72 | **2000** | 60 | Unknown | Report Only | CRA00253/254 | $100 | Govt Disagrees; see Sent Mem |
| 73 | **2000** | 61 | Unknown | Report Only | CRA00255/256 | $500 | Govt Disagrees; see Sent Mem |
| 74 | **2000** | 62 | Unknown | Report Only | CRA00257/258 | $300 | Govt Disagrees; see Sent Mem |
| 75 | **2000** | 63 | Unknown | Report Only | CRA00259/260 | $200 | Govt Disagrees; see Sent Mem |
| 76 | **2000** | 63 | Unknown | Report Only | CRA00259/260 | $500 | Govt Disagrees; see Sent Mem |
| 77 | **2000** | 64 | Unknown | Report Only | CRA00261/262 | $400 | Govt Disagrees; see Sent Mem |
| 78 | **2000** | 64 | Unknown | Report Only | CRA00261/262 | $350 | Govt Disagrees; see Sent Mem |
| 88 | **2000** | 72 | Williams | No Voucher/Report | CRA00281/282 | $212 | Submitted 7/23/08 |
| 89 | **2000** | 73 | Iozou | No Voucher/Report | CRA00283/284 | $400 | Submitted 7/23/08 |
| 90 | **2000** | 73 | King | No Voucher/Report | CRA00283/284 | $200 | Submitted 7/23/08 |
| 91 | **2000** | 74 | Jamison | Illegible Ticket No | CRA00287/288 | $385 | Submitted 7/23/08 |
| 94 | **2000** | 76 | Unknown | Report Only | CRA00293/294 | $75 | Govt Disagrees; see Sent Mem |

| Line # | YR | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 95 | 2000 | 76 | Cuaiell | No Voucher/Report | CRA293/294 | $225 | Submitted 7/23/08 |
| 100 | 2000 | 80 | Cortes | No Voucher/Report | CRA00303/304 | $100 | Submitted 7/23/08 |
| 102 | 2000 | 82 | Beatty | Other Agent signed | CRA00311/312 | $200 | Govt Agrees |
| | | | | | | $7,287 | |

**Year 2001**

| Line # | YR | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 108 | 2001 | 86 | Unknown | Report Only | CRA00341/324/325 | $500 | Govt Disagrees; see Sent Mem |
| 109 | 2001 | 86 | Unknown | Report Only | CRA00341/324/325 | $200 | Govt Disagrees; see Sent Mem |
| 114 | 2001 | 88 | Williams | Illegible Ticket No | CRA00332 | $1,000 | Submitted 7/23/08 |
| 115 | 2001 | 89 | None | Report Only | CRA00334 | $100 | Govt Disagrees; see Sent Mem |
| 116 | 2001 | 89 | None | Report Only | No Bates | $100 | Govt Disagrees; see Sent Mem |
| 120 | 2001 | 93 | Unknown | Report Only | CRA0034600347 | $100 | Govt Disagrees; see Sent Mem |
| 121 | 2001 | 93 | Unknown | Report Only | CRA00346/347 | $100 | Govt Disagrees; see Sent Mem |
| 122 | 2001 | 95 | Unknown | Report Only | CRA00350/351 | $500 | Govt Disagrees; see Sent Mem |
| 123 | 2001 | 96 | Gipson | Illegible Ticket No | CRA00354 | $500 | Submitted 7/23/08 |
| 125 | 2001 | 98 | Unknown | Report Only | CRA00360/361 | $134 | Govt Disagrees; see Sent Mem |
| 127 | 2001 | None | Unknown | Report Only | CRA00632 | $100 | Govt Disagrees; see Sent Mem |
| 131 | 2001 | 102 | None | Report Only | CRA00372/373 | $300 | Govt Disagrees; see Sent Mem |
| 135 | 2001 | 106 | Littman | Wrong Voucher Amount | CRA00387/388 | $100 | Deft Mistaken |
| 139 | 2001 | 109 | Beagan | Illegible Ticket No | CRA00401 | $400 | Legible Copy Available |
| 140 | 2001 | 110 | Unknown | Report Only | CRA00403 | $200 | Govt Disagrees; see Sent Mem |
| 141 | 2001 | 110 | Unknown | Report Only | CRA00403 | $250 | Govt Disagrees; see Sent Mem |
| 148 | 2001 | 115 | None | Report Only | CRA00421/00423 | $200 | Govt Disagrees; see Sent Mem |
| 149 | 2001 | 115 | None | Report Only | CRA00421/00423 | $196 | Govt Disagrees; see Sent Mem |
| 152 | 2001 | 117 | Uknown | Report Only | CRA00428/429 | $292 | Govt Agrees- Other Station Agent |
| 153 | 2001 | 117 | Uknown | Report Only | CRA00428/429 | $152 | Govt Agrees- Other Station Agent |
| 156 | 2001 | 119 | Unknown | Report Only | CRA00434/435 | $200 | Govt Disagrees; see Sent Mem |
| 157 | 2001 | 129 | Unknown | Report Only | CRA00436/438 | $575 | Govt Disagrees; see Sent Mem |
| 158 | 2001 | 121 | Barnes | Illegible Ticket No | CRA00442 | $304 | Legible Copy Available |
| 161 | 2001 | None | Martinez | No Voucher/Report | CRA0451/00452 | $500 | Submitted 7/23/08 |
| 162 | 2001 | None | None | Report Only | CRA0000451/452 | $300 | Govt Disagrees; see Sent Mem |
| 164 | 2001 | 124 | Unknown | Report Only | CRA00453 | $140 | Govt Disagrees; see Sent Mem |
| 165 | 2001 | 124 | Unknown | Report Only | CRA00453 | $500 | Govt Disagrees; see Sent Mem |
| 168 | 2001 | 127 | Uknown | Report Only | CRA00462/463 | $150 | Govt Agrees- Other Station Agent |
| 169 | 2001 | 127 | Uknown | Report Only | CRA00462/463 | $331 | Govt Agrees- Other Station Agent |
| 170 | 2001 | 128 | Unknown | Report Only | CRA00464/465 | $194 | Govt Disagrees; see Sent Mem |

| Line # | YR | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 171 | 2001 | 130 | Unknown | Report Only | CRA00468/469 | $159.60 | Govt Disagrees; see Sent Mem |
| 172 | 2001 | 129 | Unknown | Report Only | CRA00468/469 | $159 | Govt Disagrees; see Sent Mem |
| 174 | 2001 | 131 | Unknown | Report Only | CRA00470/471 | $142 | Govt Disagrees; see Sent Mem |
| 175 | 2001 | 131 | Unknown | Report Only | CRA00470/471 | $154.70 | Govt Disagrees; see Sent Mem |
| 178 | 2001 | None | Wung | No Voucher/Report | No Bates | $700 | Submitted 7/23/08 |
| 179 | 2001 | None | Adleg | No Voucher/Report | No Bates | $200 | Submitted 7/23/08 |
| 180 | 2001 | None | Jenkins | No Voucher/Report | No Bates | $400 | Submitted 7/23/08 |
|  |  |  |  |  |  | $10,533 |  |

**Year 2002**

| Line # | YR | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 183 | 2002 | 135 | None | Report Only | CRA00486/487 | $200 | Govt Disagrees; see Sent Mem |
| 184 | 2002 | 135 | None | Report Only | CRA00486/487 | $390 | Govt Disagrees; see Sent Mem |
| 186 | 2002 | 136 | None | Report Only | CRA00488/489 | $100 | Govt Disagrees; see Sent Mem |
| 187 | 2002 | 136 | None | Report Only | CRA00488/489 | $514 | Govt Disagrees; see Sent Mem |
| 188 | 2002 | 137 | None | Report Only | CRA00490/491 | $696 | Govt Disagrees; see Sent Mem |
| 189 | 2002 | 137 | None | Report Only | CRA00490/491 | $237 | Govt Disagrees; see Sent Mem |
| 193 | 2002 | 140 | None | Report Only | CRA00500/501 | $150 | Govt Disagrees; see Sent Mem |
| 194 | 2002 | 140 | None | Report Only | CRA00500/501 | $470 | Govt Disagrees; see Sent Mem |
| 195 | 2002 | 140 | None | Report Only | CRA00500/501 | $75 | Govt Disagrees; see Sent Mem |
| 196 | 2002 | 141 | None | Report Only | CRA00502/503 | $202 | Govt Disagrees; see Sent Mem |
| 197 | 2002 | 142 | N | Report Only | CRA00504/505 | $248 | Govt Disagrees; see Sent Mem |
| 198 | 2002 | 143 | N | Report Only | CRA00506/507 | $350 | Govt Disagrees; see Sent Mem |
| 199 | 2002 | 144 | N | Report Only | CRA00508 | $145.50 | Govt Disagrees; see Sent Mem |
| 201 | 2002 | 145 | Unknown | Report Only | CRA00512/513 | $213 | Govt Disagrees; see Sent Mem |
| 205 | 2002 | 148 | Unknown | Report Only | CRA00524/525 | $888 | Govt Disagrees; see Sent Mem |
| 206 | 2002 | 149 | Unknown | Report Only | CRA00526/527 | $500 | Govt Disagrees; see Sent Mem |
| 207 | 2002 | 150 | Unknown | Report Only | CRA00528/529 | $150 | Govt Disagrees; see Sent Mem |
| 208 | 2002 | 150 | Unknown | Report Only | CRA00528/529 | $554 | Govt Disagrees; see Sent Mem |
| 209 | 2002 | 150 | Unknown | Report Only | CRA00528/529 | $72 | Govt Disagrees; see Sent Mem |
| 210 | 2002 | 151 | Unknown | Report Only | CRA00530/531 | $300 | Govt Disagrees; see Sent Mem |
| 213 | 2002 | 156 | Unknown | Report Only | CRA00544/545 | $90 | Govt Disagrees; see Sent Mem |
| 214 | 2002 | 156 | Unknown | Report Only | CRA00544/545 | $150 | Govt Disagrees; see Sent Mem |
| 215 | 2002 | 156 | Unknown | Report Only | CRA00544/545 | $85 | Govt Disagrees; see Sent Mem |
| 216 | 2002 | 157 | Ingleman | Voucher not on Sales Rpt | CRA00546/548 | $300 | Deft Mistaken |
| 217 | 2002 | 157 | Unknown | Report Only | CRA00546/547 | $146 | Govt Disagrees; see Sent Mem |
| 218 | 2002 | 157 | None | Report Only | CRA00546/547 | $150 | Govt Disagrees; see Sent Mem |

| Line # | YR | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 219 | 2002 | 157 | None | Report Only | CRA00546/547 | $140 | Govt Disagrees; see Sent Mem |
| 225 | 2002 | 163 | Unknown | Report Only | CRA00566/567 | $99 | Govt Disagrees; see Sent Mem |
| 226 | 2002 | 163 | Unknown | Report Only | CRA00566/567 | $100 | Govt Disagrees; see Sent Mem |
| 231 | 2002 | 168 | Unknown | Report Only | CRA00584/585 | $146 | Govt Disagrees; see Sent Mem |
| 233 | 2002 | 169 | Unknown | Report Only | CRA00587/1571 | $1,450 | Govt Disagrees; see Sent Mem |
| 234 | 2002 | 169 | Unknown | Report Only | CRA00586587 | $1,450 | Govt Disagrees; see Sent Mem |
| 236 | 2002 | 170 | Unknown | Report Only | CRA00589/590 | $100 | Govt Disagrees; see Sent Mem |
| 237 | 2002 | 170 | Unknown | Report Only | CRA00591 | $800 | Govt Disagrees; see Sent Mem |
| 238 | 2002 | 170 | Unknown | Report Only | CRA00591 | $54 | Govt Disagrees; see Sent Mem |
| 241 | 2002 | 172 | None | Report Only | CRA00595/596 | $85 | Govt Disagrees; see Sent Mem |
| 244 | 2002 | 174 | Unknown | Report Only | CRA00603/604 | $532 | Govt Disagrees; see Sent Mem |
| 247 | 2002 | 176 | Unknown | Report Only | CRA00611/612 | $408 | Govt Disagrees; see Sent Mem |
| 248 | 2002 | 177 | Unknown | Report Only | CRA00615/616 | $300 | Govt Disagrees; see Sent Mem |
| 253 | 2002 | 181 | Nicholas, G | Illegible Ticket No | CRA00631 | $300 | Legible Copy Available |
| 254 | 2002 | 181 | Unknown | Report Only | CRA00629/630 | $100 | Govt Disagrees; see Sent Mem |
| 259 | 2002 | 185 | Unknown | Report Only | CRA00645/646 | $300 | Govt Disagrees; see Sent Mem |
| 260 | 2002 | 186 | Cromwell | Illegible Ticket No | CRA00649 | $550 | Legible Copy Available |
| 261 | 2002 | 186 | None | Report Only | CRA00647/648 | $70 | Govt Disagrees; see Sent Mem |
| 262 | 2002 | 186 | None | Report Only | CRAOO647/648 | $200 | Govt Disagrees; see Sent Mem |
| 264 | 2002 | 187 | None | Report Only | CRA00651/652 | $400 | Govt Disagrees; see Sent Mem |
| 266 | 2002 | 188 | None | Report Only | CRA00655/656 | $150 | Govt Disagrees; see Sent Mem |
| 273 | 2002 | 193 | None | Report Only | CRA00675/676 | $300 | Govt Disagrees; see Sent Mem |
| 275 | 2002 | 194 | None | Report Only | CRA00679/680 | $200 | Govt Disagrees; see Sent Mem |
| 289 | 2002 | 204 | None | Report Only | CRA00719/720 | $200 | Govt Disagrees; see Sent Mem |
| 290 | 2002 | | Pacheco | Illegible Ticket No | | $500 | Legible Copy Available |
| 294 | 2002 | 206 | None | Report Only | CRA00725/726 | $398 | Govt Disagrees; see Sent Mem |
| 295 | 2002 | 207 | None | Report Only | CRA00725/726 | $250 | Govt Disagrees; see Sent Mem |
| 297 | 2002 | 208 | None | Report Only | CRA00732/733 | $64 | Govt Disagrees; see Sent Mem |
| 303 | 2002 | 211 | Vu | Illegible Ticket No | CRA00746 | $100 | Legible Copy Available |
| 310 | 2002 | 216 | Henshaw | Other Agent Signed | CRA00765/766 | $274 | Govt Agrees |
| 313 | 2002 | 216 | None | Report Only | CRA00764/765 | $745 | Govt Disagrees; see Sent Mem |
| 319 | 2002 | 220 | None | Report Only | CRA00780/781 | $254 | Govt Disagrees; see Sent Mem |
| 330 | 2002 | 227 | None | Report Only | CRA00805/806 | $250 | Govt Disagrees; see Sent Mem |
| 331 | 2002 | 228 | None | Report Only | CRA00809/810 | $577 | Govt Disagrees; see Sent Mem |
| 332 | 2002 | 228 | None | Report Only | CRA00809/810 | $400 | Govt Disagrees; see Sent Mem |
| 340 | 2002 | 234 | None | Report Only | CRA00831/832 | $369 | Govt Disagrees; see Sent Mem |

| Line # | YR | Exhibit # | Name | Alleged Problem | Bates # | Amount | Response |
|---|---|---|---|---|---|---|---|
| 344 | **2002** | 236 | Jacobsen | No Ticket no | CRA00841 | $400 | Crayton Responsible For Input |
| 356 | **2002** | 244 | None | Report Only | CRA00870/871 | $400 | Govt Disagrees; see Sent Mem |
| 364 | **2002** | 249 | None | Report Only | CRA00889/890 | $338 | Govt Disagrees; see Sent Mem |
| 375 | **2002** | 256 | None | Report Only | CRA00917/918 | $200 | Govt Disagrees; see Sent Mem |
| 378 | **2002** | 258 | Langley | No Ticket no | CRA00258 | $200 | Crayton Responsible For Input |
| 385 | **2002** | 264 | Lam | No Voucher/Report | CRA00949/952 | $475 | Govt Agrees |
|  |  |  |  |  |  | $22,004 |  |
| **Year 2003** |  |  |  |  |  |  |  |
| 429 | **2003** | 294 | Kwan | No Ticket No | CRA0001069 | $500 | Crayton Responsible For Input |
| 433 | **2003** | 297 | None | Report Only | CRA01079/01080 | $300 | Govt Disagrees; see Sent Mem |
| 457 | **2003** | None | Langley | No Voucher/Report | None | $200 | Submitted 7/23/08 |
| 461 | **2003** | 309 | Castro | Other Agent Signed | CRA01131 | $175 | Govt Agrees |
| 520 | **2003** | 347 | I.Chu | No Voucher/Report | CRA01264/01268 | $300 | Submitted 7/23/08 |
| 521 | **2003** | 347 | Hu, Sing | No Voucher/Report | CRA01264/01268 | $594 | Submitted 7/23/08 |
|  |  |  |  |  |  | $2,069 |  |
| **Year 2004** |  |  |  |  |  |  |  |
| 605 | **2004** | None | Ming/Chu | No Voucher/Report | None | $374 | Submitted 7/23/08 |
| 606 | **2004** | None | Wong/Pet | No Voucher/Report | None | $1,067 | Submitted 7/23/08 |
|  |  |  |  |  |  | $1,441 |  |
|  |  |  |  |  | Grand Total | $45,504 |  |