Exhibit B

TINA

1999

117

```
| CLERK: _____  DOCUMENTED SALES REPORT      09/29/2008  Page 3 of 16  7/13/99 |
|                                                                                      |
| CODE: A01 | LOCATION: SFC |  MONTH: NOV | REPORTING PERIOD: FROM 12 TO 12           |
|                                                                                      |
| DEBIT ITEMS              AMOUNT | CREDIT ITEMS                    AMOUNT            |
|                                                                                      |
| 1  GROSS ARROW         7,116.00 | 44 SPOILED ARROW                430.00            |
|    1A AGENT            7,116.00  |    44C REVERS-PSR2              430.00            |
|                                 |                                                  |
| 11 USA RAIL ISSUANCES  1,495.00 | 47 EXCHANGED TKTS               206.50            |
|                                 |    47A ARROW                   206.50            |
| 22 PARCL/STOR CHARGES     12.00 |                                                  |
|    22A PARCL CHK IN       12.00 | 50 TICKET REFUNDS               104.00            |
|                                 |    50A ARROW CC (PSR3)         104.00            |
| 34 CC REVERSAL           115.00 |                                                  |
|                                 | 52 TRANSPORTN CRDTS             228.00            |
|                                 |                                                  |
|                                 | 59 MARC (B&O) TICKETS           320.00            |
|                                 |    59B SERVICE VOUCHER         320.00            |
|                                 |                                                  |
|                                 | 61 MANUAL CC CHARGES            104.00            |
|                                 |                                                  |
|                                 | 63 AUTO DEBIT CARD               65.00            |
|                                 |                                                  |
|                                 | 65 TRAVEL AGNCY EXCH            370.00            |
|                                 |    65B TRVL AST MAN EX         370.00            |
|                                 |                                                  |
|                                 | 66 ADV PAY HON/REF            1,096.00            |
|                                 |                                                  |
|                                 | 71 AUTO CREDIT CARDS          1,970.00            |
|                                 |                                                  |
|                                 | 83 CASH RECEIPTS              3,827.50            |
|                                 |    83A CASH                  3,767.50            |
|                                 |    83B CHECKS                   60.00            |
|                                                                                      |
| SUB TOTAL ----------->   8,738.00 | SUB TOTAL ----------->         8,721.00        |
| STATION OVERAGE             0.00  | STATION SHORTAGE                  17.00        |
|                                                                                      |
| TOTAL DEBITS       $     8,738.00 | TOTAL CREDITS       $          8,738.00        |
```

```
|                        CASH RECONCILIATION                          |
|                                                                     |
|        OPENING AMOUNT          |          CLOSING AMOUNT            |
|--------------------------------|------------------------------------|
| WORKING FUND    1,000.00       | WORKING FUND       1,000.00        |
|--------------------------------|------------------------------------|
| EXCESS CASH     1,260.00       | EXCESS CASH        3,827.50        |
|--------------------------------|------------------------------------|
| CASH RECIEPTS   3,827.50       | BANK DEPOSITS      1,260.00        |
|--------------------------------|------------------------------------|
| TOTAL CASH      6,087.50       | TOTAL CASH         6,087.50        |
```

5370

Jul. 23. 2003 3:53PM ? ??? AMTRAK CAX

| | | | | |
|---|---|---|---|---|
| *002 | | 0.00 | 5568 | 12 |
| *003 | 3165568168288 | 0.00 | 5568 | 12 |
| *004 | 3165568168298 | 17.00 | 5568 | 12 |
| *005 | 3165568168304 | 10.00 | 5568 | 12 |
| *006 | 3165568334625 | 375.00 | 5568 | 12 |

---

LINE: 47A ARROW
TOTAL ITEMS: 005 LEDGER TOTAL: 206.50 PUBID DAY

---

| | | | | |
|---|---|---|---|---|
| *001 | 3153428332187 | 42.00 | 5568 | 12 |
| *002 | 3153428332195 | 42.00 | 5568 | 12 |
| *003 | 3153428332203 | 55.00 | 5568 | 12 |
| *004 | 3153428332211 | 55.00 | 5568 | 12 |
| *005 | 3167693084026 | 12.50 | 5568 | 12 |

---

LINE: 50A ARROW CC (PSR3)
TOTAL ITEMS: 010 LEDGER TOTAL: 104.00 PUBID DAY

---

| | | | | |
|---|---|---|---|---|
| *001 | 3124488272787 | 36.00 | 5568 | 12 |
| *002 | 3124488272795 | 0.00 | 5568 | 12 |
| *003 | 3124488272803 | 0.00 | 5568 | 12 |
| *004 | 3124488272811 | 0.00 | 5568 | 12 |
| *005 | 3163934401129 | 28.00 | 5568 | 12 |
| *006 | 3163934401137 | 28.00 | 5568 | 12 |
| *007 | 3166135098313 | 12.00 | 3934 | 12 |
| *008 | 3166135098321 | 0.00 | 3934 | 12 |
| *009 | 3166135098339 | 0.00 | 3934 | 12 |
| *010 | 3166135098347 | 0.00 | 3934 | 12 |

---

LINE: 52 TRANSPORTN CRDTS
TOTAL ITEMS: 001 LEDGER TOTAL: 228.00 PUBID DAY

---

| | | | |
|---|---|---|---|
| *001 | 228.00 | 3934 | 12 |

---

LINE: 59B SERVICE VOUCHERS
TOTAL ITEMS: 002 LEDGER TOTAL: 320.00 PUBID DAY

---

| | | | | |
|---|---|---|---|---|
| *001 | 855428200377111 | 170.00 | 3934 | 12 |
| *002 | 855428200377122 | 150.00 | 3934 | 12 |

---

LINE: 61 MANUAL CC CHARGES
TOTAL ITEMS: 001 LEDGER TOTAL: 104.00 PUBID DAY

---

| | | | | |
|---|---|---|---|---|
| *001 | 1493731 | 104.00 | 5568 | 12 |

---

LINE: 65B TRVL AGT MAN EXCH

5371

8 554 282003 7   11   1

## Service Voucher

Station Location or On-board Train # __SAC__     Origin Date: __11/4/__

Customer Name: ▓▓▓▓▓▓▓▓▓

Ticket Number: ▓▓▓▓▓▓▓▓▓



**Amtrak®**

"People Serving People"

*Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.*

This voucher entitles you to ▓▓▓▓▓▓▓ Dollars $ __970__ toward future travel on Amtrak.

_Lawrence E. Crayton_
Authorizing Signature

NRPT 28        **CUSTOMER SV COPY**

## CONDITIONS OF USE

1. Vouchers may be exchanged at any Amtrak Ticket Office or Amtrak approved travel agency for transportation on Amtrak operated trains.
2. Credit value in excess of the ticket cost is forfeited by the bearer.
3. Vouchers are not refundable or convertible.
4. Not valid on multirides, tours or interline tickets.
5. Bearer must print name/address and endorse below.
6. Valid for one year from date of issue.

### ARC REPORTING PROCEDURES

1. Treat as Type B Voucher.
2. Complete a REN.
3. Enter the voucher number in the area designated for "Old Ticket Number" on the REN. Place REN on top of Auditor's Coupon.
4. Place voucher behind Auditor's Coupon.
5. Refer to Industry Agents' Handbook, Section 6.0 for details.

### AMTRAK REPORTING PROCEDURE

1. Create PNR. Include service voucher number and amount in "5RMK" field.
2. Collect and validate voucher with die stamp.
3. Ticket PNR using "SV" FOP plus applicable FOP for any remaining balance.
4. Report on line 59 of station sales report.

Name: _____

Address: _____

_____

Signature: _____

Accepted for partial/full payment:

Ticket No.: _____

Ticket Value: $ _____

Ticketing Location: _____

///

3000

29 & 91 only

```
|-------------------------------------------------------------------------|
| CLERK: L. CRAYTONIII    RAK STATION SALES REPORT V5.20N PRINTED: 12/04/00 |
|-------------------------------------------------------------------------|
| CODE: A01 | LOCATION: SFC |  MONTH: DEC | REPORTING PERIOD: FROM 03 TO 03 |
|-------------------------------------------------------------------------|
| DEBIT ITEMS                  AMOUNT | CREDIT ITEMS                  AMOUNT |
|-------------------------------------------------------------------------|
| 1   GROSS ARROW         4,098.75 | 44 SPOILED ARROW            133.00 |
|     1A AGENT            4,098.75 |    44B REVERS-PSR1           98.00 |
|                                  |    44C REVERS-PSR2           35.00 |
| 11 USA RAIL ISSUANCES     650.00 |                                   |
|    11A AUTO USA RAI       650.00 | 47 EXCHANGED TKTS           132.50 |
|                                  |    47A ARROW                132.50 |
| 21 PREPAID EXCESS/TRAN     30.00 |                                   |
|    21B MAN BAG SALE        30.00 | 59 MARC (B&O) TICKETS       685.00 |
|                                  |    59B SERVICE VOUCHER      685.00 |
| 22 PARCL/STOR CHARGES       4.50 |                                   |
|    22A PARCL CHK IN         4.50 | 68 ADV PAY HON/REF          751.00 |
|                                  |                                   |
| 34 CC REVERSAL             35.00 | 71 AUTO CREDIT CARDS      1,041.25 |
|                                  |                                   |
|                                  | 83 CASH RECEIPTS         2,040.00 |
|                                  |    83A CASH              2,040.00 |
|-------------------------------------------------------------------------|
| SUB TOTAL ----------->  4,818.25 | SUB TOTAL ----------->    4,782.75 |
| STATION OVERAGE             0.00 | STATION SHORTAGE            35.50 |
|-------------------------------------------------------------------------|
| TOTAL DEBITS      $     4,818.25 | TOTAL CREDITS      $      4,818.25 |
|-------------------------------------------------------------------------|
```

5376

```
*003  Jul. 25, 2002 9:40AM VIA AMTRAK CAM    9.00  5568  03
*004   3375902200222                         0.00  5568  03
*005   3382540144929                         0.00  2540  03
*006   3382540144937                        33.50  2540  03
*007   3382540144945                        30.00  2540  03
*008   3382540144952                         0.00  2540  03
*009   3385678117500                        30.00  5568  03
*010   3385678117518                         0.00  5568  03
-----------------------------------------------------------

-----------------------------------------------------------
         LINE: 59B SERVICE VOUCHERS
    TOTAL ITEMS: 002  LEDGER TOTAL:    685.00  PUBID  DAY
-----------------------------------------------------------
*001   855428200379535                     385.00  2228  03
*002   855428200379561                     300.00  2228  03


-----------------------------------------------------------
INITAL PARCEL CHECK CHARGES DATA (22A)
-----------------------------------------------------------
TAGS (003) X SERVICE CHG ( 1.51) =     4.50
-----------------------------------------------------------



------------ VOLUME REPORT ------------

Debit Items:
  1   GROSS ARROW              249
  1A  AGENT                    249
  11  USA RAIL ISSUANCES         2
  11A AUTO USA RAIL             2
  21  PREPAID EXCESS/TRAN        2
  21B MAN BAG SALES             2
  22  PARCL/STOR CHARGES         3
  22A PARCL CHK INIT            3
  34  CC REVERSAL               3


Credit Items:
  44  SPOILED ARROW            19
  44B REVERS-PSR1              16
  44C REVERS-PSR2               3
  47  EXCHANGED TKTS           10
  47A ARROW                    10
  59  MARC (B&O) TICKETS        2
  59B SERVICE VOUCHERS          2
  66  ADV PAY HON/REF          38
  71  AUTO CREDIT CARDS        65


-------- END OF VOLUME REPORT --------
```

Case 3:07-cr-00803-MMC Document 298 Filed 08/20/2008 Page 11 of 16

## Service Voucher

| Station Location or On-board Train # | | Origin Date: |
|---|---|---|

| Customer Name: |
|---|

| Ticket Number: |
|---|



"People Serving People"

*Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.*



This voucher entitles you to _____ Dollars $_____ toward future travel on Amtrak.

_____
Authorizing Signature

NRPT 28    **CUSTOMER SV COPY**

5378

## CONDITIONS OF USE

1. Vouchers may be exchanged at any Amtrak Ticket Office or Amtrak approved travel agency for transportation on Amtrak operated trains.
2. Credit value in excess of the ticket cost is forfeited by the bearer.
3. Vouchers are not refundable or convertible.
4. Not valid on multirides, tours or interline tickets.
5. Bearer must print name/address and endorse below.
6. Valid for one year from date of issue.

## ARC REPORTING PROCEDURES

1. Treat as Type B Voucher.
2. Complete a REN.
3. Enter the voucher number in the area designated for "Old Ticket Number" on the REN. Place REN on top of Auditor's Coupon.
4. Place voucher behind Auditor's Coupon.
5. Refer to Industry Agents' Handbook, Section 6.0 for details.

## AMTRAK REPORTING PROCEDURE

1. Create PNR. Include service voucher number and amount in "6RMK" field.
2. Collect and validate voucher with die stamp.
3. Ticket PNR using "SV" FOP plus applicable FOP for any remaining balance.
4. Report on line 59 of station sales report.

Name: _____

Address: _____

_____

Signature: _____

Accepted for partial/full payment:

Ticket No.: _____

Ticket Value: $ _____

Ticketing Location: _____ _____ _____

*535*

5380

```
| CLERK: L. CRAYTONIII      RAK STATION SALES REPORT V4.00   PRINTED: 02/09/00 |
|------------------------------------------------------------------------------|
| CODE: A01 | LOCATION: SFC |  MONTH: FEB | REPORTING PERIOD: FROM 07 TO 07     |
|------------------------------------------------------------------------------|
| DEBIT ITEMS                    AMOUNT | CREDIT ITEMS                   AMOUNT |
|---------------------------------------|--------------------------------------|
| 1   GROSS ARROW             3,843.00  | 44 SPOILED ARROW               104.50 |
|     1A AGENT                3,843.00  |    44A NON-CC TKTS              16.00  |
|                                       |    44C REVERS-PSR2              88.50  |
| 21 PREPAID EXCESS/TRAN        15.00   |                                       |
|                                       | 47 EXCHANGED TKTS              195.00  |
| 22 PARCL/STOR CHARGES         12.00   |    47A ARROW                   195.00  |
|    22A PARCL CHK IN           12.00   |                                       |
|                                       | 50 TICKET REFUNDS              456.00  |
| 23 EXCESS VALUATION            9.00   |    50C MANUAL                  456.00  |
|                                       |                                       |
| 26 SVC/NON-CNC CHARGES        90.00   | 59 MARC (B&O) TICKETS          250.00  |
|    26D NON-CNC PSR4           90.00   |    59B SERVICE VOUCHER         250.00  |
|                                       |                                       |
| 34 CC REVERSAL               366.00   | 61 MANUAL CC CHARGES            12.00  |
|                                       |                                       |
|                                       | 63 AUTO DEBIT CARD             12.00  |
|                                       |                                       |
|                                       | 66 ADV PAY HON/REF            504.50  |
|                                       |                                       |
|                                       | 71 AUTO CREDIT CARDS        1,282.50  |
|                                       |                                       |
|                                       | 83 CASH RECEIPTS            1,509.00  |
```

Kicked Out
Re-done 2/8/00
Per Credit Sales

Kicked Out

```
*001   0330422091554              456.00   5568   07 ADDED
```

```
         LINE: 59B SERVICE VOUCHERS
  TOTAL ITEMS: 001  LEDGER TOTAL:   250.00   PUBID   DAY

*001   855428200377424              250.00   5568   07
```

```
         LINE: 61 MANUAL CC CHARGES
  TOTAL ITEMS: 001  LEDGER TOTAL:    12.00   PUBID   DAY

*001   1493891                       12.00   4725   07
```

```
INITAL PARCEL CHECK CHARGES DATA (22A)

TAGS (008) X SERVICE CHG ( 3.00) =    12.00
```

```
         LINE: 83B CHECKS
  TOTAL ITEMS: 001  LEDGER TOTAL:   116.00   PUBID   DAY

 001   21520555                     116.00   5568   07
```

```
---------- VOLUME REPORT ----------

Debit Items:
 1  GROSS ARROW                     251
 1A AGENT                           251
 21 PREPAID EXCESS/TRAN               1
 22 PARCL/STOR CHARGES                8
 22A PARCL CHK INIT                   8
 23 EXCESS VALUATION                  1
 26 SVC/NON-CNC CHARGES               1
 26D NON-CNC PSR4                     1
 34 CC REVERSAL                      16


Credit Items:
 44 SPOILED ARROW                    10
 44A NON-CC TKTS                      2
 44C REVERS-PSR2                      8
 47 EXCHANGED TKTS                    8
 47A ARROW                           8
 50 TICKET REFUNDS                    1
 50C MANUAL                           1
 59 MARC (B&O) TICKETS                1
 59B SERVICE VOUCHERS                 1
 61 MANUAL CC CHARGES                 1
 63 AUTO DEBIT CARD                   2
```

5381

## Service Voucher

Station Location or _____ Origin
On-board Train # _____ Date: _____

Customer Name: _____

Ticket Number: _____



**Amtrak®**

"People Serving People"

*Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.*

This voucher entitles you to _____
_____ Dollars $ _____
toward future travel on Amtrak.

_____
Authorizing Signature

NRPT 28    **CUSTOMER SV COPY**

1. Vouchers may be exchanged at any Amtrak Ticket Office or Amtrak approved travel agency for transportation on Amtrak operated trains.
2. Credit value in excess of the ticket cost is forfeited by the bearer.
3. Vouchers are not refundable or convertible.
4. Not valid on multirides, tours or interline tickets.
5. Bearer must print name/address and endorse below.
6. Valid for one year from date of issue.

## ARC REPORTING PROCEDURES

1. Treat as Type B Voucher.
2. Complete a REN.
3. Enter the voucher number in the area designated for "Old Ticket Number" on the REN. Place REN on top of Auditor's Coupon.
4. Place voucher behind Auditor's Coupon.
5. Refer to Industry Agents' Handbook, Section 6.0 for details.

## AMTRAK REPORTING PROCEDURE

1. Create PNR. Include service voucher number and amount in "5RMK" field.
2. Collect and validate voucher with die stamp.
3. Ticket PNR using "SV" FOP plus applicable FOP for any remaining balance.
4. Report on line 59 of station sales report.

Name: _____

Address: _____

_____

_____

Signature: _____

Accepted for partial/full payment:

Ticket No.: _____

Ticket Value: $ _____

Ticketing Location: ____ ____ ____

424