# Exhibit B

**Part 2-** File too large for ECF

2001

114 & 123

UNABLE TO LOCATE
139 & 158

```
| CLERK: L. CRAYTONIII      RAK STATION SALES REPORT V5.20N PRINTED: 01/10/01 |
|-----------------------------------------------------------------------------|
| CODE: A01 | LOCATION: SFC | MONTH: JAN | REPORTING PERIOD: FROM 09 TO 09   |
|-----------------------------------------------------------------------------|
| DEBIT ITEMS              AMOUNT | CREDIT ITEMS                    AMOUNT   |
|-----------------------------------------------------------------------------|
| 1  GROSS ARROW         6,581.25 | 44 SPOILED ARROW                  65.25 |
|    1A AGENT            6,581.25 |    44C REVERS-PSR2                65.25 |
|                                 |                                         |
| 3  GIFTS/CT DOT/B&O      177.90 | 47 EXCHANGED TKTS                311.00 |
|    3A GIFT CERTIF        177.90 |    47A ARROW                     311.00 |
|                                 |                                         |
| 11 USA RAIL ISSUANCES    295.00 | 50 TICKET REFUNDS                208.20 |
|    11A AUTO USA RAI      295.00 |    50A ARROW CC (PSR3)           188.10 |
|                                 |    50C MANUAL                     20.10 |
| 21 PREPAID EXCESS/TRAN    30.00 |                                         |
|    21B MAN BAG SALE       30.00 | 52 TRANSPORTN CRDTS              508.00 |
|                                 |                                         |
| 22 PARCL/STOR CHARGES      1.50 | 59 MARC (B&O) TICKETS          1,605.00 |
|    22A PARCL CHK IN        1.50 |    59B SERVICE VOUCHER         1,605.00 |
|                                 |                                         |
| 26 SVC/NON-CNC CHARGES    30.00 | 61 MANUAL CC CHARGES              88.00 |
|    26E REPL TKT CHG       30.00 |                                         |
|                                 | 64 GIFT CERT HONORED             801.00 |
|                                 |                                         |
|                                 | 66 ADV PAY HON/REF             1,006.35 |
|                                 |                                         |
|                                 | 71 AUTO CREDIT CARDS           1,085.90 |
|                                 |                                         |
|                                 | 76 EMER MISC STA EXP              89.95 |
|                                 |    76B NRPC 2382                  89.95 |
|                                 |                                         |
|                                 | 83 CASH RECEIPTS               1,340.00 |
|                                 |    83A CASH                    1,340.00 |
|-----------------------------------------------------------------------------|
| SUB TOTAL ----------->  7,115.65 | SUB TOTAL ----------->        7,108.65 |
| STATION OVERAGE             0.65 | STATION SHORTAGE                  7.65 |
|-----------------------------------------------------------------------------|
| TOTAL DEBITS       $    7,116.30 | TOTAL CREDITS        $        7,116.30 |
```

5385

```
*003    0082540286968                    46.00    2228    09
*004    0082540286976                     0.00    2540    09
*005    0082540286984                    36.35    2540    09
*006    0082540286992                     0.00    2540    09
*007    0082540287008                     7.65    2540    09
*008    0084725185270                    42.00    2228    09
*009    0084725185296                    42.00    2228    09
*010    2505678067055                    17.00    2540    09


          LINE: 50A ARROW CC (PSR3)
   TOTAL ITEMS: 001   LEDGER TOTAL:     188.10    PUBID   DAY

*001    3642228298051                   188.10    8101    09


          LINE: 50C MANUAL
   TOTAL ITEMS: 002   LEDGER TOTAL:      20.10    PUBID   DAY

*001    0091823061213                    15.00    2540    09
*002    3959368                           5.10    2228    09


          LINE: 52 TRANSPORTN CRDTS
   TOTAL ITEMS: 002   LEDGER TOTAL:     508.00    PUBID   DAY

*001    55400210922725                  158.00    8101    09
*002    55402611138633                  350.00    8101    09


          LINE: 59B SERVICE VOUCHERS
   TOTAL ITEMS: 003   LEDGER TOTAL:    1605.00    PUBID   DAY

*001    5542820037981                  1000.00    4725    09
*002    5542820037984                   305.00    8101    09
*003    85542820037985                  300.00    2228    09


          LINE: 61 MANUAL CC CHARGES
   TOTAL ITEMS: 002   LEDGER TOTAL:      88.00    PUBID   DAY

*001    1493295                          44.00    8101    09
*002    1493296                          44.00    8101    09


          LINE: 64 GIFT CERT HONORED
   TOTAL ITEMS: 001   LEDGER TOTAL:     801.00    PUBID   DAY

*001    55-0081826-3                    801.00    2540    09
```

## Service Voucher

Station Location or On-board Train #: _____ Origin Date: _____

Customer Name: _____

Ticket Number: _____



"People Serving People"

*Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.*

This voucher entitles you to _One Thousand_ Dollars $ 1000.00 toward future travel on Amtrak.

_____ Authorizing Signature

NRPT 29      CUSTOMER SV COPY

5387

### CONDITIONS OF USE

1. Vouchers may be exchanged at any Amtrak Ticket Office or Amtrak approved travel agency for transportation on Amtrak operated trains.
2. Credit value in excess of the ticket cost is forfeited by the bearer.
3. Vouchers are not refundable or convertible.
4. Not valid on multirides, tours or interline tickets.
5. Bearer must print name/address and endorse below.
6. Valid for one year from date of issue.

### ARC REPORTING PROCEDURES

1. Treat as Type B Voucher.
2. Complete a REN.
3. Enter the voucher number in the area designated for "Old Ticket Number" on the REN. Place REN on top of Auditor's Coupon.
4. Place voucher behind Auditor's Coupon.
5. Refer to Industry Agents' Handbook, Section 6.0 for details.

### AMTRAK REPORTING PROCEDURE

1. Create PNR. Include service voucher number and amount in "5RMK" field.
2. Collect and validate voucher with die stamp.
3. Ticket PNR using "SV" FOP plus applicable FOP for any remaining balance.
4. Report on line 59 of station sales report.

Name: _____

Address: _____

_____

Signature: _____

Accepted for partial/full payment:

Ticket No.: _____

Ticket Value: $ *1000⁰⁰*

Ticketing Location: *S F C*

*815*

5388

```
| CLERK: L. CRAYTONIII        RAK STATION SALES REPORT V5.20N PRINTED: 02/02/01 |
|-------------------------------------------------------------------------------|
| CODE: A01 | LOCATION: SFC | MONTH: FEB | REPORTING PERIOD: FROM 01 TO 01      |
| DEBIT ITEMS              AMOUNT | CREDIT ITEMS                        AMOUNT |

  1  GROSS ARROW         9,364.25   44 SPOILED ARROW                   162.40
     1A AGENT            9,364.25      44C REVERS-PSR2                 162.40

 21  PREPAID EXCESS/TRAN    10.00   47 EXCHANGED TKTS                  448.40
     21B MAN BAG SALE       10.00      47A ARROW                       448.40

 22  PARCL/STOR CHARGES      1.50   50 TICKET REFUNDS                  568.00
     22A PARCL CHK IN        1.50      50A ARROW CC (PSR3)             172.00
                                       50C MANUAL                      396.00

 25  MANUAL CC CREDITS      28.80
                                    52 TRANSPORTN CRDTS                325.00
 34  CC REVERSAL           212.90
                                    59 MARC (B&O) TICKETS              545.00
                                       59B SERVICE VOUCHER             545.00

                                    61 MANUAL CC CHARGES             1,051.50

                                    66 ADV PAY HON/REF                 336.20

                                    71 AUTO CREDIT CARDS             3,713.20

                                    75 EMER EXP INCV PASS               40.00

                                    83 CASH RECEIPTS                 2,420.00
                                       83A CASH                      2,015.00
                                       83B CHECKS                      405.00

  SUB TOTAL -----------> 9,617.45   SUB TOTAL ----------->           9,619.70
  STATION OVERAGE            2.25   STATION SHORTAGE                     0.00

  TOTAL DEBITS     $     9,619.70   TOTAL CREDITS       $            9,619.70
```

5389

```
            LINE: 50A ARROW CC (PSR3)
    TOTAL ITEMS: 003   LEDGER TOTAL:    172.00   PUBID   DAY

*001    0215568163772                      0.00   2540    01
*002    0215568163780                    108.70   2540    01
*003    0215568163798                     63.30   2540    01


            LINE: 50C MANUAL
    TOTAL ITEMS: 001   LEDGER TOTAL:    396.00   PUBID   DAY

*001    38-3459238                       396.00   5678    01


            LINE: 52 TRANSPORTN CRDTS
    TOTAL ITEMS: 002   LEDGER TOTAL:    325.00   PUBID   DAY

*001    155410000065923                   25.00   5568    01
*002    554 0251 108436 3                300.00   5678    01


            LINE: 59B SERVICE VOUCHERS
    TOTAL ITEMS: 002   LEDGER TOTAL:    545.00   PUBID   DAY

*001    5542820037998                    500.00   5678    01
*002    555428200379620                   45.00   5568    01


            LINE: 61 MANUAL CC CHARGES
    TOTAL ITEMS: 001   LEDGER TOTAL:   1061.50   PUBID   DAY

*001    1493408                         1061.50   5568    01


            LINE: 75 EMER EXP INCV PASS
    TOTAL ITEMS: 001   LEDGER TOTAL:     40.00   PUBID   DAY

*001    0431026                           40.00   7543    01


INITAL PARCEL CHECK CHARGES DATA (22A)

PASS (001) X SERVICE CHG ( 1.51) =     1.50
```

5390

8 5542820037998 1

## Service Voucher

Station Location or On-board Train #: *[handwritten]*  Origin Date: *[handwritten]*

Customer Name: *[handwritten]*

Ticket Number: *[handwritten]*



Amtrak
"People Serving People"

*Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.*

This voucher entitles you to *[handwritten]* Dollars $ *[handwritten]* toward future travel on Amtrak.

Authorizing Signature

NRPT 28  CUSTOMER SV COPY

5391

## CONDITIONS OF USE

1. Vouchers may be exchanged at any Amtrak Ticket Office or Amtrak approved travel agency for transportation on Amtrak operated trains.
2. Credit value in excess of the ticket cost is forfeited by the bearer.
3. Vouchers are not refundable or convertible.
4. Not valid on multirides, tours or interline tickets.
5. Bearer must print name/address and endorse below.
6. Valid for one year from date of issue.

### ARC REPORTING PROCEDURES

1. Treat as Type B Voucher.
2. Complete a REN.
3. Enter the voucher number in the area designated for "Old Ticket Number" on the REN. Place REN on top of Auditor's Coupon.
4. Place voucher behind Auditor's Coupon.
5. Refer to Industry Agents' Handbook, Section 6.0 for details.

### AMTRAK REPORTING PROCEDURE

1. Create PNR. Include service voucher number and amount in "5RMK" field.
2. Collect and validate voucher with die stamp.
3. Ticket PNR using "SV" FOP plus applicable FOP for any remaining balance.
4. Report on line 59 of station sales report.

Name: _____

Address: _____

_____

Signature: _____

Accepted for partial/full payment:

Ticket No.: _____

Ticket Value: $ _____

Ticketing Location: _____ _____ _____

981

5392

7-26-00
SV# 8496

EX-49A

## CASH RECONCILIATION

| OPENING AMOUNT | | CLOSING AMOUNT | |
|---|---|---|---|
| WORKING FUND | 1,000.00 | WORKING FUND | 1,000.00 |
| EXCESS CASH | 1,660.00 | EXCESS CASH | 3,940.00 |
| CASH RECIEPTS | 3,940.00 | BANK DEPOSITS | 1,660.00 |
| TOTAL CASH | 6,600.00 | TOTAL CASH | 6,600.00 |

## OUTSTANDING CASH ITEMS

| | |
|---|---|
| OPENING BALANCE | 50,015.00 |
| ADD - NEW CASH ITEMS FROM LINE 80 AND STATION ACCOUNTING CHARGE BACKS | / |
| LESS - PAYMENTS ON CASH ITEMS (LINE 39) | / |
| CLOSING BALANCE | 50,015.00 |

5393

```
*011    2128817144261           29.40      2228    14
*012    2128817144279           24.00      2228    14
*013    2177543360758           52.00      2228    14
*014    2187318148874           19.00      8101    14
*015    2187318148890           11.00      8101    14
*016    2211270321905           16.50      4725    14
*017    2225253335419           15.00      4725    14
*018    2237456232517           22.00      4725    14
*019    2267552180245           29.00      2228    14
*020    2267552181052           29.00      2228    14
*021    2268081100555           13.00      2228    14
*022    2269779059079           48.00      8101    14
```

EX-49B  MW

```
            LINE: 50A ARROW CC (PSR3)
    TOTAL ITEMS: 004   LEDGER TOTAL:    57.50    PUBID   DAY

*001    2124831198441            47.00      8101    14
*002    2124831198458             0.00      8101    14
*003    2128817144246             5.25      2228    14
*004    2128817144253             5.25      2228    14


            LINE: 52 TRANSPORTN CRDTS
    TOTAL ITEMS: 002   LEDGER TOTAL:    55.00    PUBID   DAY

*001    200698                    5.00      4725    14
*002    855426001517372          50.00      4725    14


            LINE: 53D MAN EXCHGS
    TOTAL ITEMS: 005   LEDGER TOTAL:  1625.00    PUBID   DAY

*001    55430603843366          325.00      5568    14
*002    55430603843370          325.00      5568    14
*003    55430603920050          325.00      2540    14
*004    55430603920051          325.00      2540    14
*005    55430605354563          325.00      4725    14


            LINE: 59B SERVICE VOUCHERS
    TOTAL ITEMS: 001   LEDGER TOTAL:   400.00    PUBID   DAY

*001    855428200378496         400.00      4725    14


            LINE: 61 MANUAL CC CHARGES
    TOTAL ITEMS: 002   LEDGER TOTAL:   237.00    PUBID   DAY

*001    1493234                  68.00      8101    14
*002    1493366                 169.00      4725    14
```

5394

8 5542820037849 6

## Service Voucher







Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.

NRPT 23   CUSTOMER SV COPY

5395

## CONDITIONS OF USE

1. Vouchers may be exchanged at any Amtrak Ticket Office or Amtrak approved travel agency for transportation on Amtrak operated trains.
2. Credit value in excess of the ticket cost is forfeited by the bearer.
3. Vouchers are not refundable or convertible.
4. Not valid on multirides, tours or interline tickets.
5. Bearer must print name/address and endorse below.
6. Valid for one year from date of issue.

## ARC REPORTING PROCEDURES

1. Treat as Type B Voucher.
2. Complete a REN.
3. Enter the voucher number in the area designated for "Old Ticket Number" on the REN. Place REN on top of Auditor's Coupon.
4. Place voucher behind Auditor's Coupon.
5. Refer to Industry Agents' Handbook, Section 6.0 for details.

## AMTRAK REPORTING PROCEDURE

1. Create PNR. Include service voucher number and amount in "SRMK" field.
2. Collect and validate voucher with die stamp.
3. Ticket PNR using "SV" FOP plus applicable FOP for any remaining balance.
4. Report on line 59 of station sales report.

Name: _____

Address: _____

_____

Signature: _____

Accepted for partial/full payment:

Ticket No.: *2274725300885*

Ticket Value: $ *993.00*

Ticketing Location: *S F C*

496

EX-48D

5396