# Exhibit C

```
CODE: a01 | LOCATION: SFC | MONTH: Apr | REPORTING PERIOD: FROM 10 TO 10

DEBIT ITEMS                 AMOUNT  | CREDIT ITEMS                  AMOUNT
--------------------------------------------------------------------------
 1 Gross Arrow            6,284.79  | 44 Spoiled Arrow              217.70
    1A Agent              6,284.79  |    44A Non-CC Tickets         217.70
11 USA Rail Issuances       385.00  | 47 Exchanged Tickets          745.80
   11A Auto USA Rai         385.00  |    47A ARROW                  745.80
21 Prepaid Excess/Ira         5.00  | 50 Ticket Refunds              72.00
   21B Manual Bagg            5.00  |    50A ARROW CC (PSR3          60.00
22 Parcel/Stor Charge         1.50  |    50C Manual                  12.00
   22A Parcel Chk I           1.50  | 52 Transportation Cre        (596.50)
26 Svc/Non-Cnc Charge        30.00  | 58 Service Guarantee          140.00
   26F Chg Fees              30.00  | 66 Adv Pay Hon/Ref          2,394.39
34 CC Reversal              116.10  | 71 Auto Credit Cards        2,013.20
                                    | 83 Cash Receipts              645.00
                                    |    83A Cash                   645.00

SUB TOTAL -------->       6,822.39  | SUB TOTAL -------->         6,824.59
STATION OVERAGE               2.20  | STATION SHORTAGE                0.00

TOTAL DEBITS         $    6,824.59  | TOTAL CREDITS         $     6,824.59
```

CASH RECONCILIATION

```
PUBLIC ID: 4725                     | DATE: 04/10/2002

OPEN RESPONSIBILITY                 | CLOSE DISPOSITION

AUTHORIZED           $    1,500.00  | AUTHORIZED            $     1,500.00
WORKING FUND (1001):                | WORKING FUND (1005):

PRIOR DAYS           $   21,935.00  | CURRENT DAY'S         $         0.00
CASH RECEIPTS                       | CASH RECEIPTS
DEPOSITED TODAY (1002):             | STILL ON HAND (1006):

TOTAL CASH           $        0.00  | TOTAL BANK            $    21,935.00
RECEIPTS TODAY (1003):              | DEPOSIT(S) TODAY (1007):

TOTAL CASE           $   23,435.00  | TOTAL CASH            $    23,435.00
RESPONSIBILITY (1004):              | DISPOSITION (1008):
```

```
CASH RECONCILIATION LINE: 1007

ACTIVITY DATE    | AMOUNT

04/09/2002       $   21,935.00
```

Page 1 of 3

5353

```
                LINE: 21B Manual Bagg Sales
     TOTAL ITEMS: 001    LEDGER TOTAL:     5.00   PUBID   DAY
     ------------------------------------------
     *001                3262207071        5.00   4725    10
     ------------------------------------------


                LINE: 44A Non-CC Tickets
     TOTAL ITEMS: 001    LEDGER TOTAL:   217.70   PUBID   DAY
     ------------------------------------------
     *001                1004725140173   217.70   4725    10
     ------------------------------------------


                LINE: 47A ARROW
     TOTAL ITEMS: 009    LEDGER TOTAL:   745.80   PUBID   DAY
     ------------------------------------------
     *001                1009107106593    14.00   5568    10
     *001                0951545211066    40.60   8101    10
     *001                0951545211082   177.80   8101    10
     *001                1008101283747   302.90   8101    10
     *001                0951545211058   118.30   8101    10
     *001                0951545211033    40.60   8101    10
     *001                0987543260731    12.00   5568    10
     *001                0986752366781     9.00   5568    10
     *001                0986752366799    30.60   5568    10
     ------------------------------------------


                LINE: 50A ARROW CC (PSR3)
     TOTAL ITEMS: 001    LEDGER TOTAL:    60.00   PUBID   DAY
     ------------------------------------------
     *001                0938865308887    60.00   4725    10
     ------------------------------------------


                LINE: 50C Manual
     TOTAL ITEMS: 001    LEDGER TOTAL:    12.00   PUBID   DAY
     ------------------------------------------
     *001                383989668        12.00   5568    10
     ------------------------------------------


                LINE: 52 Transportation Credits
     TOTAL ITEMS: 003    LEDGER TOTAL:   596.50   PUBID   DAY
     ------------------------------------------
     *001                155400210494163  146.50   8101    10
     *001                155402611667402  150.00   8101    10
     *001                855428100381061  300.00   5568    10
     ------------------------------------------
```

5354

8 5542820038106 4

## Service Voucher

Station Location or On-board Train #: *#74*
Origin Date: *_____*

Customer Name: *_____*
Ticket Number: *_____*


Amtrak®
"People Serving People"

Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.

This voucher entitles you to *_____* Dollars $ *_____* toward future travel on Amtrak.

*Authorizing Signature*

NRPT 2B     CUSTOMER SV COPY

5355

```
59B SERVICE VOUCHERS                        2
61 MANUAL CC CHARGES                        1
66 ADV PAY HON/REF                         69
7  AUTO CREDIT CARDS                       57
   CASH RECEIPTS                            2
 3 CHECKS                                   2

--------- END OF VOLUME REPORT ---------
```



EX-106A

```
| CLERK: L. CRAYTONIII       RAK STATION SALES REPORT V5.20N PRINTED: 03/20/01 |
|------------------------------------------------------------------------------|
| CODE: A01 | LOCATION: SFC |  MONTH: MAR | REPORTING PERIOD: FROM 19 TO 19   |
|------------------------------------------------------------------------------|
| DEBIT ITEMS              AMOUNT | CREDIT ITEMS                   AMOUNT     |
|------------------------------------------------------------------------------|
| 1   GROSS ARROW        5,771.20 | 44 SPOILED ARROW                 15.00    |
|     1A AGENT           5,771.20 |    44C REVERS-PSR2               15.00    |
|                                 |                                           |
| 11  USA RAIL ISSUANCES   190.00 | 47 EXCHANGED TKTS               555.50    |
|     11A AUTO USA RAI     190.00 |    47A ARROW                    555.50    |
|                                 |                                           |
| 21  PREPAID EXCESS/TRAN   12.00 | 50 TICKET REFUNDS               115.42    |
|     21B MAN BAG SALE      12.00 |    50A ARROW CC (PSR3)           85.42    |
|                                 |    50C MANUAL                    30.00    |
| 22  PARCL/STOR CHARGES    12.00 |                                           |
|     22A PARCL CHK IN      12.00 | 59 MARC (B&O) TICKETS           586.00    |
|                                 |    59B SERVICE VOUCHER          586.00    |
| 26  SVC/NON-CNC CHARGES   60.00 |                                           |
|     26D NON-CNC PSR4      30.00 | 61 MANUAL CC CHARGES             70.00    |
|     26F CHG FEES          30.00 |                                           |
|                                 | 66 ADV PAY HON/REF            1,949.90    |
| 34  CC REVERSAL           55.42 |                                           |
|                                 | 71 AUTO CREDIT CARDS          1,030.40    |
|                                 |                                           |
|                                 | 83 CASH RECEIPTS              1,780.00    |
|                                 |    83A CASH                   1,720.00    |
|                                 |    83B CHECKS                    60.00    |
|------------------------------------------------------------------------------|
| SUB TOTAL ------------>  6,100.62 | SUB TOTAL ------------>    6,102.22    |
| STATION OVERAGE              1.60 | STATION SHORTAGE               0.00    |
|------------------------------------------------------------------------------|
| TOTAL DEBITS       $     6,102.22 | TOTAL CREDITS       $      6,102.22    |
```

CRA-000386

```
*001    3459211                          30.00    5568    19


         LINE: 59B SERVICE VOUCHERS
   TOTAL ITEMS: 002  LEDGER TOTAL:      586.00   PUBID   DAY

*001    5542820038028                    86.00    4725    19
*002    85542820038029                  500.00    2228    19


         LINE: 61 MANUAL CC CHARGES
   TOTAL ITEMS: 001  LEDGER TOTAL:       70.00   PUBID   DAY

*001    0785568324434                    70.00    5568    19


INITAL PARCEL CHECK CHARGES DATA (22A)

TAGS (008) X SERVICE CHG ( 6.01) =       12.00


         LINE: 83B CHECKS
   TOTAL ITEMS: 002  LEDGER TOTAL:       60.00   PUBID   DAY

 001    675676                           30.00    5568    19
 002    708161                           30.00    5568    19
```

EX-106B

```
----------- VOLUME REPORT ---------------

Debit Items:
 1   GROSS ARROW                    311
 1A  AGENT                          311
 11  USA RAIL ISSUANCES               1
 11A AUTO USA RAIL                    1
 21  PREPAID EXCESS/TRAN              1
 21B MAN BAG SALES                    1
 22  PARCL/STOR CHARGES               8
 22A PARCL CHK INIT                   8
 26  SVC/NON-CNC CHARGES              2
 26D NON-CNC PSR4                     1
 26F CHG FEES                         1
 34  CC REVERSAL                      2

 ...it Items:
 4   SPOILED ARROW                   2
 44C REVERS-PSR2                     2
 47  EXCHANGED TKTS                 10
 47A ARROW                          10
 50  TICKET REFUNDS                  3
 50A ARROW CC (PSR3)                 2
```

CRA-000387

8 554 2820038028 3

**Service Voucher**

Station Location or On-board Train # ___#14___  Origin Date: 3/2/01

Customer Name: Arthur, N/k

Ticket Number: 0604825280373



Amtrak
"People Serving People"

*Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.*



This voucher entitles you to ___100.00___ Dollars $ ___100___ toward future travel on Amtrak.

Authorizing Signature: Lawrence E. Crayton

NRPT 28    **CUSTOMER SV COPY**

---

8 554 2820038029 4

**Service Voucher**

Station Location or On-board Train # ___#5___  Origin Date: 3/17/01

Customer Name: [illegible]

Ticket Number: 8782228224252



Amtrak
"People Serving People"

*Amtrak apologizes for not meeting your service expectations. Please accept this voucher as a gesture of our goodwill. We welcome the opportunity to serve you again.*



This voucher entitles you to ___200.00___ Dollars $ ___200___ toward future travel on Amtrak.

Authorizing Signature: Lawrence E. Crayton

NRPT 28    **CUSTOMER SV COPY**

EX-106C

**CONDITIONS OF USE**

1. Vouchers may be exchanged at any Amtrak Ticket Office or Amtrak approved travel agency for transportation on Amtrak operated trains.
2. Credit value in excess of the ticket cost is forfeited by the bearer.
3. Vouchers are not refundable or convertible.
4. Not valid on multirides, tours or interline tickets.
5. Bearer must print name/address and endorse below.
6. Valid for one year from date of issue.

**ARC REPORTING PROCEDURES**

1. Treat as Type B Voucher.
2. Complete a REN.
3. Enter the voucher number in the area designated for "Old Ticket Number" on the REN. Place REN on top of Auditor's Coupon.
4. Place voucher behind Auditor's Coupon.
5. Refer to Industry Agents' Handbook, Section 6.0 for details.

**AMTRAK REPORTING PROCEDURE**

1. Create PNR. Include service voucher number and amount in "5RMK" field.
2. Collect and validate voucher with die stamp.
3. Ticket PNR using "SV" FOP plus applicable FOP for any remaining balance.
4. Report on line 59 of station sales report.

Name: _____

Address: _____

Signature: _____

Accepted for partial/full payment:

Ticket No.: 0784725094998

Ticket Value: $ 86.00

Ticketing Location: SJC

283

---

**CONDITIONS OF USE**

1. Vouchers may be exchanged at any Amtrak Ticket Office or Amtrak approved travel agency for transportation on Amtrak operated trains.
2. Credit value in excess of the ticket cost is forfeited by the bearer.
3. Vouchers are not refundable or convertible.
4. Not valid on multirides, tours or interline tickets.
5. Bearer must print name/address and endorse below.
6. Valid for one year from date of issue.

**ARC REPORTING PROCEDURES**

1. Treat as Type B Voucher.
2. Complete a REN.
3. Enter the voucher number in the area designated for "Old Ticket Number" on the REN. Place REN on top of Auditor's Coupon.
4. Place voucher behind Auditor's Coupon.
5. Refer to Industry Agents' Handbook, Section 6.0 for details.

**AMTRAK REPORTING PROCEDURE**

1. Create PNR. Include service voucher number and amount in "5RMK" field.
2. Collect and validate voucher with die stamp.
3. Ticket PNR using "SV" FOP plus applicable FOP for any remaining balance.
4. Report on line 59 of station sales report.

Name: _____

Address: _____

Signature: _____

Accepted for partial/full payment:

Ticket No.: _____

Ticket Value: $ _____

Ticketing Location: _____

294

EX-106 D

CRA-000389