UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUL 3 0 2008

Case No. CR-07-0803 MMC     JUDGE: Maxine M. Chesney

Lawrence Clayton III
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Tina Hua
U.S. ATTORNEY

Elizabeth Falk
ATTORNEY FOR DEFENDANT

Deputy Clerk: Tracy Lucero

Reporter: Belle Ball

## PROCEEDINGS

REASON FOR HEARING: Judgment & Sentencing - Held.

RESULT OF HEARING: Sentence - 3 years probation, 9 months in Residential Re-Entry Center, 3 month home confinement w/ electronic monitoring - ∆'s fees waived by Court. $200 special assessment. $200,000 restitution. USPO - Chris Carruba

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
        (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(1 hr 15 min)