1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINA HUA (CABN 185358)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102
         Telephone: (415) 436-7534
7        Facsimile: (415) 436-7234
         E-mail: tina.hua@usdoj.gov
8
   Attorneys for the United States of America
9

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,         )   No. CR-07-803 MMC
15                                    )
                Plaintiff,            )
16                                    )
   vs.                                )   **STIPULATION TO MODIFY**
17                                    )   **JUDGMENT**
   LAWRENCE CRAYTON,                  )
18                                    )
                Defendant.            )
19                                    )
   _____)
20

21      The parties hereby stipulate and agree that the judgment in the above-titled case should be

22 modified so that the name and address of the Payee for restitution purposes should be changed to

23 National Railroad Passenger Corporation
   Attn: Angel Taylor
24 10 G Street Northeast, Suite 3E400
   Washington DC, 20002
25

26

   *Crayton*, CR 07-0803 MMC
   STIP. TO MODIFY JUDGMENT              1

The telephone number for the payee is 202-906-4934.

IT IS SO STIPULATED

Dated: August 6, 2008 _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

Dated: August 6, 2008 _____/S/_____
CHRISTINA HUA
Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that Judgment in the above-titled criminal case be modified so that the restitution Payee information be changed to:

National Railroad Passenger Corporation
Attn: Angel Taylor
10 G Street Northeast, Suite 3E400
Washington DC, 20002

**IT IS SO ORDERED**.

Dated:_____    _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE