1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINA HUA (CABN 185358)
   Assistant United States Attorney
5
           450 Golden Gate Avenue, Box 36055
6          San Francisco, California 94102
           Telephone: (415) 436-7534
7          Facsimile: (415) 436-7234
           E-mail: tina.hua@usdoj.gov
8
   Attorneys for the United States of America
9

10

11                  IN THE UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )    No. CR-07-803 MMC
15                                    )
                   Plaintiff,         )
16                                    )
   vs.                                )    **STIPULATION TO MODIFY**
17                                    )    **JUDGMENT ; ORDER THEREON**
   LAWRENCE CRAYTON,                  )
18                                    )
                   Defendant.         )
19                                    )
   _____)
20

21      The parties hereby stipulate and agree that the judgment in the above-titled case should be

22  modified so that the name and address of the Payee for restitution purposes should be changed to

23  National Railroad Passenger Corporation
    Attn: Angel Taylor
24  10 G Street Northeast, Suite 3E400
    Washington DC, 20002
25

26

   *Crayton*, CR 07-0803 MMC
   STIP. TO MODIFY JUDGMENT              1

1   The telephone number for the payee is 202-906-4934.

2   IT IS SO STIPULATED

3

4   Dated: August 6, 2008                    _____/S/_____
                                             ELIZABETH M. FALK
                                             Assistant Federal Public Defender
5

6   Dated: August 6, 2008                    _____/S/_____
                                             CHRISTINA HUA
7                                            Assistant United States Attorney

8
                            [PROPOSED] ORDER
9
        GOOD CAUSE APPEARING, it is hereby ORDERED that Judgment in the above-titled
10
criminal case be modified so that the restitution Payee information be changed to:
11
National Railroad Passenger Corporation
12  Attn: Angel Taylor
    10 G Street Northeast, Suite 3E400
13  Washington DC, 20002

14      **IT IS SO ORDERED**.

15

16
    Dated: August 18, 2008                   _____
17                                           THE HONORABLE MAXINE M. CHESNEY
                                             UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

*Crayton*, CR 07-0803 MMC
STIP. TO MODIFY JUDGMENT                    2